

**BUILDING LEGEND**

**A** Harrison Hall, Room 1-12
**B** Diggs Hall, Rooms 100-151
**C** Moore Hall, Rooms 152-175
**D** Griffin Hall, Rooms 200-221
**E** Wythe Hall, Rooms 222-255
**F** Templin Hall, First Floor, Rooms 800-899
    Templin Hall, Second Floor, Rooms 900-999
**G** Hastings Hall, First Floor, Rooms 300-335
    Hastings Hall, Second Floor, Rooms 400-437
**H** Automotive Building, Rooms 500-599
**I** Peninsula Workforce Development Center,
    First Floor 100-199, Second Floor 200-299
**J** Hampton III Building, 525 Butler Farm Road
    Rooms 700-799

☐ Open Parking
☐ Faculty/Staff Parking
■ Automatic Doors
♿ Handicapped Parking
➤ Ramped Entrance
▣ Parking by Special Permit Only
⊠ Elevators
TT TTY Pay Phones

Complaint Exhibit 1 at 001

To see all the details that are visible on the screen, use the "Print" link next to the map.



Complaint Exhibit 2 at 002

Google

Section 6

STUDENT DEVELOPMENT SERVICES

6.0 Admissions

6.0.0 <u>Application for Admission</u> (SB)

A common application for admission shall be used by each community college. This application shall include the basic data elements and information needed to admit the student to the college and to comply with state and federal reporting requirements. It shall also include the age, gender, and race disclosure statement, the official VCCS non-discrimination statement and the required data elements for students to apply to qualify for in-state tuition charges. Supplemental applications may be used by each community college for the admission of students.

6.0.0.1 <u>Application for Readmission to the College (SB)</u>

If a student in "good academic standing" (as defined in Section 5.6.6) has not been enrolled within the last three years (nine terms), he/she will be required to complete a new application for admission.

6.0.1 <u>General Admission to the VCCS Colleges</u> (SB)

Individuals are eligible for admission to the community college if they are high school graduates or the equivalent, or if they are eighteen years of age or older and able to benefit academically from study at the community college, as demonstrated by assessment in reading, writing, and mathematics. Minimum scores are noted in the chart below:

|         | VPT   | Compass | Asset |
|---------|-------|---------|-------|
| Reading | ENF 1 | 62      | 35    |
| Writing | ENF 1 | 32      | 35    |
| Math    | MTE 1 | 25      | 33    |

Exceptions to this policy may be made by the college president only for documented reasons.

The colleges reserve the right to evaluate and document special cases and to refuse or revoke admission if the college determines that the applicant or student poses a threat, is a potential danger, is significantly disruptive to the college community, or if such refusal or revocation is considered to be in the best interest of a college. The colleges also reserve the right to refuse admission for applicants that have been expelled from or suspended from, or determined to be a threat, potential danger or significantly disruptive by, another college. Students whose admission is revoked after enrollment must be given due process. Each college must have a procedure for determining when denial is warranted.

Individuals may be admitted to VCCS colleges as curricular or non-curricular students.

6-1
7/13

Complaint Exhibit 3 at 003

For all <u>curricular students</u>, the following items are required:

a. A completed official application for admission with social security number requested.

b. Unless otherwise specified by the college, official transcripts from all high schools, colleges, and universities attended. Graduates who complete secondary school in a home school setting must provide a graduation date and may be required to provide documentation of coursework. The VCCS Student Information System academic records will be sufficient for colleges within the Virginia Community College System.

c. Additional information as stated by the college for admission to specific programs or curricula.

For all <u>non-curricular students</u>, a completed official application for admission is required with social security number requested. Non-curricular students must satisfy all required course pre-requisites or placement testing requirements before enrolling in specific college-level courses.

It is the policy of the VCCS to maintain and promote equal employment and educational opportunities without regard to race, color, sex or age (except where sex or age is a bona fide occupational qualification), religion, handicap, national origin, or other non-merit factors.

## 6.0.1.1 Dual Enrollment Student Admissions

Although high school and home school students are not normally qualified for general admission, colleges may offer admission to those students who meet additional criteria. Dual enrollment is restricted to high school juniors and seniors and home school students studying at the high school junior or senior levels. Home school students must also provide a copy of a home school agreement approved by the school district or a letter from the local school board or a copy of the letter filed by the parent/legal guardian declaring home school for religious exemption. Documentation of parental permission is required for all dual enrollment students.

Because admitting freshmen and sophomores is considered exceptional, the college ready status of each prospective freshman and sophomore student will be treated on a case-by-case basis. Formal approval by the college president is required for admitting freshmen or sophomores.

All students admitted under this section must demonstrate readiness for college by meeting the criteria below.

Complaint Exhibit 3 at 004

Students enrolling in a dual enrollment course must meet all course pre-requisites.

Admission Criteria for Transfer Courses

|  | Virginia Placement Test (VPT) | Compass | Asset | PSAT | SAT | ACT | SOL |
|---|---|---|---|---|---|---|---|
| English/ Writing | ENG 111 | 76 | 43 | 50 | 500 | 21 | N/A |
| Reading | ENG 111 | 81 | 42 | 50 | 500 | 21 | N/A |
| Mathematics | MTE 1 | 25 | 33 | 52 | 520 | 22 | Algebra I - Pass |

Admission Criteria for CTE Courses

|  | Virginia Placement Test (VPT) | Compass | Asset | PSAT | SAT | ACT | SOL |
|---|---|---|---|---|---|---|---|
| English/ Writing | ENF 1 | 32 | 35 | 50 | 500 | 21 | N/A |
| Reading | ENF 1 | 62 | 35 | 50 | 500 | 21 | N/A |
| Mathematics | MTE 1 | 25 | 33 | 52 | 520 | 22 | Algebra I - Pass |

6.0.2   Admission to Specific Curricula  (C)

In addition to the general admission requirements listed in Section 6.0.1 above, each college may establish specific requirements for admission to its curricula.  In establishing such requirements, colleges should consider such criteria as student preparedness, available spaces in the program, and standards established by professional accrediting bodies.  Students not initially meeting admission requirements for a specific program may qualify to be placed in an appropriate curricula or will be considered non-curricular until such time as requirements are satisfied and they are granted admission to the curricula.  The appropriate college officer shall officially notify students of their admission to the curriculum.  Admission requirements to curricula will be published in the college catalog.

A person applying to enter one of the associate degree curricula (Associate in Science, Associate in Arts, Associate in Arts and Sciences, Associate in Applied Science, etc.) must be a high school graduate or the equivalent, or otherwise be considered eligible by the college.

Complaint Exhibit 3 at 005

### 6.0.2.1 Application for Readmission to a Curriculum (SB)

Colleges must have a published policy for readmitting students to a curriculum if the student has not been enrolled in that curriculum for a period of at least one year (three consecutive terms).

### 6.0.3    Special Admission Requirements for International Students  (SB)

In addition to the general admission requirements of the college, all international applicants who wish to enroll as curricular students must demonstrate proficiency in both written and oral English through use of either a standardized national or a locally developed test.  International applicants must comply with established college admissions policies specifically related to those requiring issuance of an I-20 Form of the U. S. Immigration and Naturalization Service.

### 6.0.4    Students with Documented Disabilities

Consistent with Section 504 of the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990, the VCCS guarantees that no qualified individual shall by reason of disability be denied access to, participation in, or the benefits of college.  Each qualified person shall receive appropriate, reasonable accommodations upon request to insure full and equal access to educational opportunities, programs, and activities.

6.0.4.1     In order to provide appropriate, reasonable accommodations to students with disabilities who seek them, colleges should require documentation from a qualified professional that includes a full clinical description, current functional limitations, and a prognosis to include any expected future decline in functional ability.  This documentation should also include information about the methodology used to make a diagnosis, specific results of the assessments used, summary data, and specific assessment scores based on adult norms where having such additional information will assist colleges in engaging in a deliberative and collaborative decision-making process that considers each student's unique situation and experience, but not where requesting such information becomes overly burdensome to a student.

### 6.0.5    Admission Priorities (SB)

When enrollments must be limited for any curriculum, priority shall be given to all qualified applicants who are residents of the political subdivisions supporting the college and to Virginia residents not having access to a given program at their local community college, provided such students apply for admission to the program prior to registration or by a deadline established by the college.  In addition, residents of localities with which the college has clinical-site or other agreements may receive equal consideration for admission.

### 6.0.6    Students Transferring from Other Colleges (C)

Normally, transfer students who are eligible for re-entrance at the last college of attendance are also eligible for admission to the community college.

Complaint Exhibit 3 at 006

Transfer students who are ineligible to return to a particular curriculum in a previous college generally may not be allowed to enroll in the same curriculum in the community college until one semester elapses or until an approved preparatory program at the college is completed.  The Admissions Committee of the college shall decide on each case and can impose special conditions for the admittance of such students.

Students transferring from another college should consult the appropriate office at the community college for an assessment of credits to determine their standing before registering for classes.  Generally, no credit shall be given for courses with grades lower than "C".  Transfer students may be advised to repeat courses if it would clearly be advantageous to their curriculum advancement.

Any VCCS course in which a student received a grade of "C" or better (excluding general usage courses) will transfer as the same course at any other college in the VCCS.

6.0.7    Transfer Between Curricula (C)

Each college should establish procedures for transfer between curricula and publish them in its student handbook and/or college catalog.

6.0.8    Health Information  (C)

Appropriate arrangements shall be made at each college to discuss the health and accommodate the physical condition of each student admitted to the college.  These arrangements must comply with Federal and State laws/regulations, and the requirements of the Southern Association of Colleges and Schools.

Student physical health records may be maintained for each student, and these records shall be available to persons able to demonstrate a legitimate need to access them.  When symptoms indicate possible mental or emotional illness, a referral may be made to a proper source for assistance.

First aid services shall be made available to the student through arrangement with an outside agency/organization or by using qualified members of the college staff.

6.0.8.1    Contagious Diseases Policy  (C)

Each college should have a contagious diseases policy.

6.0.9    AIDS Policy (SB)

Current knowledge indicates that students or employees with AIDS (Acquired Immunodeficiency Syndrome), ARC (AIDS-Related Complex), or a positive HIV antibody test normally do not pose a health risk to other students or employees in an academic setting.  Therefore, students or employees who have AIDS, ARC, or a positive HIV antibody test should be allowed regular classroom attendance and use of all institutional facilities.

Mandatory screening or testing ordinarily is not appropriate for admissions of students or employment of faculty.

Complaint Exhibit 3 at 007

Programs providing clinical experiences should be guided by Center for Disease Control and OSHA guidelines.  Recommendations of the American College Health Association may also be consulted.

A program of education should be implemented on each VCCS campus. Such a program may follow the ACHA guideline for educational progress as detailed in the "General Statement on Institutional Response to AIDS", ACHA Task Force on Acquired Immunodeficiency Syndrome, Revised January 1988.

6.0.10    Email Accounts

Electronic mail or "email" is an official method for communication at the Virginia Community College System (VCCS).

All official email communication will be distributed to VCCS email accounts only.

6.1    Student Domicile

The Virginia Community College System is guided by the Code of Virginia and the regulations of the State Council of Higher Education on determining domicile.

The individual performing the admissions function shall determine if a student has been domiciled in the Commonwealth of Virginia for at least one year immediately prior to the commencement of the semester for which in-state tuition is sought.

Students classified as out-of-state who can provide clear and convincing evidence that they were eligible for Virginia domicile on the first day of class for a term may have their tuition status changed for the current term. Students should follow the institution's domicile appeal policy.

In the event that a student's circumstances change after a semester has begun, the student's tuition status may be eligible for reclassification.  This reclassification shall be effective for the next academic semester or term following the date of the application for reclassification.  Students should follow the institution's domicile appeal policy.

6.2    Student Registration and Records

6.2.0    Registration Procedures (C)

Each community college shall establish registration procedures.  Students must follow these procedures to register for a course or to change their program after registration.

In most cases students shall register for courses during the official registration period.  Normally, students may not enter a new class after the add period for the course.  Students who wish to enter a course after the add period must follow the established college procedures.

Complaint Exhibit 3 at 008

6.2.1    <u>Late Registration Fee</u> (SB)

       <u>See Section 4.3.1.3, Miscellaneous Education and General Program Fees</u> (SB)

6.2.2    <u>Add/Drop Procedures</u> (C)

       Each college shall establish and publicize post-registration program change procedures. In all cases, students shall be required to follow these established procedures. See Section 8.3.0.

6.2.3    <u>Withdrawal</u> (C)

       To withdraw from a class or from the college for any reason, a student shall follow procedures established by the college. Failure to follow such procedures may result in the assignment of failing grades to the student's permanent record.

6.2.4    <u>Student Grade Reports</u> (C)

       All colleges shall report grades as approved by the VCCS.

6.2.5    <u>Student Permanent Record</u> (C)

       A uniform student permanent record shall be used by each community college. The permanent record, which meets the guidelines set up by the American Association of Collegiate Registrars and Admissions Officers, includes:

    a.   The credits transferred from other institutions, including the number of credit hours given (the number of hours may change if the student transfers from one curriculum to another);

    b.   The semester in which the student is currently enrolled;

    c.   The student's social security number or ID number;

    d.   The Academic Program and Plan;

    e.   The course number, the course title, the hours attempted, the hours completed, and grade for each course. Course section shall be optional;

    f.   A grade point average for each semester attended;

    g.   The cumulative grade point average of the student; and

    h.   Academic action taken against the student including academic probation, suspension, and dismissal.

    i.   Degrees, diplomas, certificates, honors.

       Disciplinary probation and disciplinary dismissal should not be placed on students' permanent records. The permanent records may be flagged while students are involved in disciplinary action. If students request that

Complaint Exhibit 3 at 009

transcripts of their records be sent to another college during the period in which they are involved in disciplinary action, statements may be placed on the transcripts stating "additional information available upon request from the designated college official."

6.2.6    Student Records Retention (SB)

Each college shall comply with the Virginia State Library and Archives Records Retention Schedule and procedures for destruction of records.

6.2.7    Privacy of Education Records (SB)

Each institution shall establish and publish information release policies that respect the rights of individual privacy, the confidentiality of records, and the best interests of the student and institution.  As provided by the Family

Educational Rights and Privacy Act (FERPA), colleges may disclose the following VCCS directory information items without the student's prior consent:

1.   Student's Name

2.   Participation in officially recognized activities and sports

3.   Address

4.   Telephone Listing

5.   Weight and height of members of athletic teams

6.   Electronic mail address

7.   Degrees, honors, and awards received

8.   Major field of study

9.   Dates of attendance

10.  Grade level

11.  The most recent educational agency or institution attended

12.  Number of credit hours enrolled

13. Photos

Students must provide official notification to the office of the college's registrar to prevent the disclosure of directory information.

6.3    Classification of Students  (SB)

All students are classified according to the categories indicated in Section 6.3.0.0 through 6.3.0.1.

Complaint Exhibit 3 at 010

6.3.0   General Student Classifications (SB; HEW Regulations, Higher Education Act of 1965, P.L. 89-329)

6.3.0.0   Curricular Student

A student shall be classified as a curricular student if the following three conditions are satisfied:  (1) the student holds a high school diploma, a GED or its equivalent, or is otherwise determined qualified for admission; (2) the required documents for general admission to a curricular program are received by the Office of Admissions; and (3) the student has been admitted to one of the college's curricula including international students requiring issuance of an I-20.

6.3.0.1   Non-Curricular Student

Students who are not formally admitted to one of the regular curricula but who are classified according to the following student goals or conditions are considered non-curricular students (International students requiring issuance of an I-20 or students receiving Federal or State aid are not eligible for these categories):

a.   Upgrading Employment Skills for Present Job

b.   Developing Skills for New Job

c.   Career Exploration

d.   Personal Satisfaction and General Knowledge

e.   Transient Student

A student who maintains primary enrollment with another postsecondary institution and elects to enroll in the VCCS.

f.   High School Student dual enrollment or dual credit

g.   Auditing a Course

Students desiring to attend a course without taking the examination or receiving credit for the course may do so by registering to audit through the usual registration process and paying the normal tuition.  Permission of the division dean or another appropriate academic administrator is required to audit a course.  Audited courses carry no credit and do not count as part of the student's course load. Students desiring to change status in a course from audit to credit or from credit to audit must do so within the add/drop period for the course.  Students who desire to earn credit for a previously audited course must re-enroll in the course for credit and pay normal tuition to earn a grade other than "X."  Advanced standing credit should not be awarded for a previously audited course.

6.3.0.2   Senior Citizens  (Refer to Policy Manual, Section 4.3.0.2)

Complaint Exhibit 3 at 011

### 6.3.1   Student Level

#### 6.3.1.0   Freshman  (SB)

Students are classified as freshmen until 30 semester credits of study have been completed.

#### 6.3.1.1   Sophomore  (SB)

Students are classified as sophomores after 30 semester hours.

### 6.3.2   Student Enrollment Definitions

#### 6.3.2.0   Full-time Students  (SCHEV)

Students enrolled for 12 or more credits in a semester are considered full-time students.

#### 6.3.2.1   Part-time Students  (SCHEV)

Students enrolled for fewer than 12 credit hours in a semester are part-time students.  Students enrolled for the summer term are all defined as part-time students for SCHEV reporting purposes only--not for tuition computation.

## 6.4   Student Development

### 6.4.0   Counseling  (C)

VCCS colleges shall maintain a staff of academic counselors and/or advisors to assist students in making decisions regarding career, educational, and personal/social plans.  VCCS colleges do not provide mental health services.  However, qualified staff may provide initial assessments and referrals to appropriate mental health services when necessary.  VCCS colleges shall develop and implement guidelines that advise students, faculty, and staff of the proper procedures for addressing the needs of a student who may pose a threat to him/herself or to others.

#### 6.4.0.0   Recruitment and High School Articulation  (SB)

The college shall cooperate with the high schools in the region to provide pre-college counseling to those students planning to attend the community college.  Students in the vicinity shall be kept informed of the offerings of the college.  In addition, the college shall work closely with organizations in the community to determine the educational needs and interests of youth and adults in the region.  A college representative shall respond to requests for information from all persons in the community.

#### 6.4.0.1   Faculty Advisors  (C)

All curricular students are assigned an academic advisor who is normally a member of the counseling staff or teaching faculty.  Advisors act as academic consultants, helping students plan their

Complaint Exhibit 3 at 012

programs of study. Students should consult their advisors before each registration and are encouraged to confer with them frequently regarding academic matters.

6.4.0.1.1    Academic advising is a comprehensive program facilitated by counselors, teaching faculty, and student services personnel who share responsibility with advisees for student success. The advising relationship is a continuous developmental process involving open communication in an atmosphere of mutual respect and honesty. It assists students with the transition to college and the evaluation and attainment of their academic, career, and personal goals. By their participation in a range of advising activities, including individual and group advising sessions, classes, and workshops, students gain an understanding of campus and college resources and develop the skills to make informed, independent decisions.

6.4.0.2    Assessment (C)

Each college shall offer VCCS approved placement strategies that provide consistent and reliable assessment results for students applying to enroll in college courses and curricula. VCCS policies, guidelines, and procedures shall be followed when assessing students for college placement. Assessment should be offered through placement testing and other modalities as may be deemed appropriate by the respective colleges. Colleges should strive to offer the most current technological resources to meet the needs of all students during the assessment process.

6.4.0.2.1    Math Placement

Test scores are valid for two (2) years after the date of the test. Students who take the mathematics placement test and who do not enroll in developmental math are allowed to take one (1) retest within twelve (12) months. Students who attempt a developmental mathematics course will be ineligible for a retest. Exceptions to this retest policy may be made on a case-by-case basis in accordance with established college procedures. A student who provides official evidence of a minimum score of 520 on the mathematics section of the SAT or a minimum score of 22 on the mathematics section of the ACT, taken within the last two years may be exempt from taking the VCCS mathematics placement test based on the mathematics requirements in the student's academic plan.

6.4.0.2.2    English Placement

Test scores are valid for two (2) years after the date of the test. Students who take the English placement test and who do not enroll in developmental English are allowed to take one (1) retest within twelve (12)

Complaint Exhibit 3 at 013

months. Students who attempt a developmental English course will be ineligible for a retest. Exceptions to this retest policy may be made on a case-by-case basis in accordance with established college procedures. A student who provides official evidence of a minimum score of 500 on both the critical reading and writing sections of the SAT, or a minimum score of 21 on both the English Test and Reading Test of the ACT, taken within the last two years, is exempt from taking the VCCS English placement test.

### 6.4.0.3    Orientation/Student Development  (C)

All curricular students placed in at least one developmental education course should take the student success course (SDV 100, 101, or 108) in their first semester of enrollment at the community college.  All curricular students, except those in career studies certificate programs, must enroll in SDV 100, 101, or 108, within the first 15 credit hours of enrollment.  The requirement may be waived for students who hold an Associate Degree or Bachelor's Degree from a regionally accredited institution.  Other requests for a waiver may be considered on a case-by-case basis.  Students must still successfully complete the required number of credits for their degree.  Each college is encouraged to offer a pre-enrollment orientation experience to enhance student success.

### 6.4.1   Career Development  (C)

Each college shall provide career development services, to include structured assessments that assist students in lifelong learning opportunities that expand an individual's knowledge, skills, and attitudes about work opportunities, employment, vocational choices, and personal management.

### 6.4.2   Financial Aid  (SB)

#### 6.4.2.0    Definition of Student Financial Aid

Student financial aid is a program of financial resources (grants, scholarships, loans, student employment) and assistance (financial counseling, budgeting, planning) made available to meet a student's needs associated with the expenses of an education at a Virginia community college.  Each college shall have institutional policies and procedures relating to student financial aid.

#### 6.4.2.1    Federal Student Financial Assistance Programs

Each VCCS college may participate in any of the financial assistance programs under Title IV of the Higher Education Act of 1965, as amended, except where State matching funds or administrative resources are not available to provide for program maintenance as specified by the Department of Education (DOE) regulations and guidelines.

Complaint Exhibit 3 at 014

All Federal student financial assistance programs shall be administered following the most current DOE regulations regarding Title IV as published in the Federal Register. The Federal Register and the current edition of the Student Financial Aid Handbook (available from the U. S. Department of Education, Office of Student Financial Assistance, Washington, D. C. 20202) shall serve as the primary authoritative sources of information on Federal financial assistance programs.

6.4.2.2    State Financial Assistance Programs (Virginia)

VCCS colleges shall aid students in applying for financial assistance programs administered by SCHEV.

6.4.2.2.0    College Scholarship Assistance Program (CSAP)

This program is authorized by the College Scholarship Assistance Act of 1973 (amended 1975) to provide need-based financial assistance to Virginia students attending both public and private institutions of higher education in Virginia.

6.4.2.3    Scholarships (Code of Virginia)

The Code of Virginia, Section 23-31, empowers the State Board to establish scholarships in the colleges of the VCCS under any conditions as they may prescribe, subject to the limitation established by law. (See Code of Virginia, Section 23-31 for a list of the limitations imposed on unfunded scholarships and Sections 23-33 through 23-35 for guidelines for special gifts and donations.)

6.4.2.4    Optional Financial Assistance Programs

VCCS colleges may choose to participate, at their discretion, in any Federal, State, private, or local student financial assistance program (not previously specified in 6.4.2.2 and 6.4.2.3) provided that required eligibility criteria and administrative requirements can be met in consonance with VCCS policies and procedures.

6.4.2.5    Contact With Need Analysis Agency

VCCS colleges shall use a system approved by the U. S. Secretary of Education to conduct financial aid need analyses when aid is to be awarded under Federal and/or State student financial assistance programs.

6.4.2.6    Applications and Reports

Each college shall provide student data as required by the System Office for mandated Federal, State and VCCS reporting requirements for student financial aid.

Complaint Exhibit 3 at 015

6.4.2.7    Student Consumer Information

Pursuant to Title I of the Education Amendments of 1976, Chapter I, Part 178, each VCCS college which receives an administrative cost allowance for any award period shall, for that award period, a) prepare material on the topics set forth in Part 178.4 and b) disseminate that information, or any requested portions of that information, to enrolled or prospective students who request all or part of that material.

6.4.2.8    Administrative Cost Allowance For Federal Programs

Pursuant to Title I of the Higher Education Amendments of 1976, Chapter I, Part 178.6, each VCCS college shall use the Federal administrative cost allowance first to carry out the provisions of Part 178 for the appropriate award period. If any funds remain, the college shall use the funds for other costs of administering student financial aid programs authorized under Title IV of the Higher Education Act for the appropriate award period.

6.4.2.9    Recordkeeping

VCCS colleges shall maintain for audit and reporting purposes, student financial aid records as prescribed by Federal, State, and VCCS regulations.

6.4.3   Housing

Colleges must use extreme care in listing housing opportunities and must not list any housing opportunities unless the owners agree to rent to individuals without regard to race, color, gender, age, religion, disability, national origin, sexual orientation or other non-merit factors.

Colleges shall make it explicitly clear that listings of housing are posted and distributed for informational purposes only.

6.4.4   Student Handbook  (SB)

Each college in the VCCS shall have a student handbook or a publication which serves to inform students of pertinent information, policies, and procedures.

6.4.5   Requirements for Student Activities (SB)

The State Board encourages the development of a student activities program designed to promote educational and cultural experiences. Student activities are out-of-classroom activities that support the mission of the colleges and provide students avenues for personal growth and enrichment.  Through participation in clubs and organizations, or other planned activities, students develop a wide range of abilities, including intellectual, communication, athletic, and leadership skills. Students develop self-confidence, interpersonal skills, and an appreciation for other cultures and lifestyles. Finally, students develop a sense of integrity, purpose, and social responsibility that empowers them to be productive within and beyond the college community.

Complaint Exhibit 3 at 016

The State Board shall recognize and encourage honorary, scholastic, service organizations, and sports clubs that do not restrict membership based on race, color, gender, age, religion, disability, national origin, sexual orientation or other non-merit factors. Private clubs, private associations, social fraternities, and social sororities shall not be recognized by the VCCS. The following regulations and procedures apply to all student activity programs in the community colleges of the VCCS:

a.  The entire program of student activities shall be under college supervision.

b.  There shall be a faculty or staff sponsor for each student organization.

c.  All student activity funds shall be deposited with and expended through the college business office, subject to State Board policies, procedures, and regulations pertaining to such funds.

d.  Each college, with the approval of its local board, shall adopt its own regulations and procedures to implement the above policy.

e.  All student activity programs and recognized organizations must comply with the VCCS's nondiscrimination policy, except as follows:

Any recognized religious or political student organization shall be authorized to limit certain activities only to members who are committed to furthering the mission of such organization. Such activities include ordering the organization's internal affairs, selecting the organization's leaders and members, defining the organization's doctrines, and resolving the organization's disputes.

6.4.5.0        Intramural Programs and Sports Clubs  (SB)

The State Board encourages each community college to develop intramural programs or sports clubs on-campus and/or off-campus in community facilities. Such programs shall be designed to promote the physical well-being of the individual student and the development of recreational skills. Competition of intramural teams, including "all-star" teams, in civic leagues and competition between intramural or sports club teams of other institutions, is authorized with the approval of the local community college board providing that all direct expenses, including transportation, are paid from non-state funds. "A twelve-person board of directors, nominated by the colleges and selected by the Chancellor, will be responsible for developing guidelines, organizing leagues, and overseeing the operation of club sports in the VCCS."

6.4.5.1        Alcoholic Beverages at Social Functions  (SB); Code of Virginia, Sections 4.1-100 and 4.1-200.

The State Board has delegated to each local community college board the responsibility for taking action on requests to serve alcohol at community college social functions in view of local mores and in accordance with State regulations.

Complaint Exhibit 3 at 017

Within the framework established by the State Alcoholic Beverage Control Board, a community college, under special conditions, may be permitted to obtain a one-day banquet license to serve alcohol at college sponsored functions provided that no person under 21 years of age is possessing, dispensing, or drinking alcoholic beverages.

The college administration and the local board must approve this type of activity before the Alcoholic Beverage Control Board is contacted.

Students who are 21 years of age or older may be permitted to consume alcoholic beverages at college-sponsored events that have previously been approved to serve alcohol.

6.4.5.2    Student Newspapers  (SB)

Colleges may publish a student newspaper.

A faculty advisor shall be assigned to assure that journalism in the college newspaper is maintained at a high level and that the papers are published within the canons of acceptable public newspapers.  The role of the faculty advisor is not to act as a censor for the newspaper.

This advisory committee is not to be established to censor the newspaper.

6.5    Campus Conduct

6.5.0    Student Conduct (C)

Each individual is considered a responsible adult, and it is assumed that students shall maintain standards of conduct appropriate to membership in the college community.  Emphasis should be placed on standards of student conduct rather than on limits or restrictions of students.  Guidelines and regulations governing student conduct shall be developed by representatives of the students, faculty, staff, and administration.  The college should refrain from imposing a rigid code of discipline but should reserve the right to take disciplinary action compatible with its own best interests when it is clearly necessary.

The VCCS guarantees students the privilege of exercising their rights of citizenship under the Constitution of the United States without fear of prejudice.  Special care must be taken to assure due process and to spell out defined routes of appeal when students feel their rights have been violated.

6.5.0.1 Student Grievance

Each VCCS college will develop and publish a student grievance procedure which will provide for equitable and orderly processes to resolve complaints made by students for improper treatment.  A grievance is defined as a written claim raised by a student alleging improper, unfair, arbitrary, or discriminatory action by an employee or a student involving the application of a specific provision of a college or rule/regulation or a board policy or procedure.

Complaint Exhibit 3 at 018

### 6.5.1   <u>Authorization and Regulations for Campus Demonstrations</u> (C)

Each campus organization participating in a demonstration must file three copies of the registration form (Table 6-1) in the office of the president of the college for all demonstrations 4 days in advance of the demonstration.

Complaint Exhibit 3 at 019

Table 6-1

Date Filed_____

## COLLEGE REGISTRATION OF DEMONSTRATIONS

1.   Campus Organizations (Three copies of this form must be filed in the office of the President of the College <u>four days</u> in advance of <u>each</u> organization.)

a.   Registering organization_____
b.   All participating organizations_____
_____
_____

2.   Details of Demonstration

a.   Place (exact area of demonstration)_____
_____
b.   Date_____
c.   Time (beginning and ending)_____
d.   Number to be expected _____

3.   Rules and Regulations

a.   Only organizations recognized by the College may sponsor demonstrations on designated areas of College property.
b.   Outside picketing must not be carried on in a manner that interferes with entrance traffic or the normal flow of pedestrian or vehicular traffic.
c.   Precise boundaries shall be set by agreement among the College administration, the organizations involved, and those in charge of any building specifically involved.

As_____of the_____
      (Title of Officer)                    (Name of Registering Organization)

_____
I will make known these rules and regulations to those involved in this demonstration.


Name_____          _____
Address_____                    (Signature)
Telephone No._____
                                              _____
                                                        (Approved)

(FORM ADOPTED BY STATE BOARD          _____
for COMMUNITY COLLEGES - 6/18/68)                  (Date)

Complaint Exhibit 3 at 020

The following regulations apply to authorized campus demonstrations:

a.  Only organizations recognized by the college may sponsor demonstrations on college property.

b.  Picketing is not permitted inside buildings.

c.  Outside picketing must not be carried on in a manner that interferes with entrance traffic or the normal flow of pedestrian or vehicular traffic.

d.  The form for registering campus demonstrations is Table 6-1.

6.5.2   Unauthorized or Disorderly Assembly (Demonstrations) (SB)

All assemblies or demonstrations on the campus must have prior registration with the office of the president of the college. Students or college employees who participate in or incite a riot or a disturbance or disorderly assembly are subject to suspension or dismissal.

a.  When an unauthorized campus assembly of students and/or college employees has been requested to disband by the president or other designated officer, those refusing to comply shall be subject to immediate suspension and/or dismissal and the trespass laws of Virginia.

b.  In the event that an assembly appears to be a demonstration related to grievances, those present should be advised that orderly procedures for the hearing of college grievances are available and must be followed. College officials shall not negotiate with any organization under conditions of duress i.e., unauthorized occupation of college property by such group.

6.5.2.0   Official Procedures for Dispersing Unauthorized Assembly

College presidents shall follow the protocol outlined in a memorandum from the Chancellor.

6.5.3   Illegal Substance Policy (SB)

Students of a Virginia community college shall not possess, sell, use, manufacture, give away or otherwise distribute illegal substances while on campus, attending a college sponsored off-campus event, or while serving as a representative of the college at off-campus meetings. Students who violate this policy shall have college charges processed against them in the normal manner of due process provided by college rules. Further, students who violate this policy shall have committed a criminal offense, and the college shall notify the appropriate agency of the Commonwealth of Virginia, county or city government for investigation and, if warranted, prosecution.

Each community college may develop more specific procedures and sanctions in this regard, and these shall be published.

6-19
1/10

6.5.4   Substance Abuse Programs (SB)

      Each community college shall develop a substance abuse program to include drug and alcohol education and referral services for students.

6.5.5   Sexual Misconduct Policy (SB)

      The Virginia Community College System shall not tolerate sexual misconduct in any form.  Sexual misconduct is a flagrant violation of the values and behavioral expectations for a college community and all reported violations shall be investigated.  Sexual misconduct may be punishable through civil and criminal proceedings, as well as through college disciplinary processes.

      An educational institution is a community of trust whose very existence depends on the recognition of each individual's importance and value.  This trust creates the freedom for each individual to live, think, act, and speak without fear of physical harm.  Sexual misconduct shatters the bond of trust within a college community.

      This policy shall apply to all employees and students of the Virginia Community College System.

6.5.5.1   Sexual Assault

      Sexual assault is defined as sexual intercourse without consent, including rape (whether by acquaintance or stranger), sodomy, or other forms of sexual penetration.  To constitute lack of consent, the acts must be committed either by force, threat of force, intimidation, or through use of victim's mental helplessness of which the accused was aware or should have been aware.  Mental helplessness includes incapacitation by alcohol or other drugs.  Sexual assault also includes intentionally touching, either directly or through clothing, of the victim's genitals, breasts, thighs, or buttocks without the victim's consent, as well as touching or fondling of the accused by the victim when the victim is forced to do so against his or her will.

      Verbal misconduct, without accompanying physical contact as described above, is not defined as sexual assault.  Verbal misconduct may constitute sexual harassment, which is also prohibited under VCCS regulations and is specifically addressed elsewhere in Section 6.5.6.

6.5.5.2   Sexual Harassment

    a.  Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, or other verbal or physical conduct or written communication of a sexual nature which is intimidating, hostile, or offensive.  Sexual harassment shall be considered to have occurred when:

        1.  Accepting or tolerating such conduct is made a term or condition of a student's status or an individual's employment either explicitly or implicitly;

        2.  Accepting or rejecting such conduct is used as the basis for academic or employment decisions affecting the student or employee; or

Complaint Exhibit 3 at 022

> > 3. Such conduct creates an intimidating, hostile, or objectively offensive working or learning environment that substantially interferes with an employee's work performance or a student's academic performance.

> b. Sexual harassment is contrary to the values of the Virginia Community College System. It shall not be tolerated in any form, as outlined in Part 1604.11, Discrimination Because of Sexual Harassment of Title VII, Section 703, of the Civil Rights Act of 1964, as amended. All reported instances of sexual harassment shall be investigated.

### 6.5.5.3 Sexual Violence

> Sexual violence is defined as physical sexual acts perpetrated against a person's will or where a person is incapable of giving consent due to the victim's use of drugs or alcohol. An individual also may be unable to give consent due to an intellectual or other disability. A number of different acts fall into the category of sexual violence including rape, sexual assault, sexual battery, and sexual coercion. All such acts of sexual violence are forms of sexual harassment covered under Title IX.

### 6.5.5.4 College Policies and Procedures

> a. Each college shall use Section 6.5.6 as the basis for formulating its campus policy for sexual misconduct. Specific campus policies must include procedures, courses of action and legal remedies for the complainant, and for the rights of the accused. Anyone convicted of sexual misconduct will be subject to appropriate disciplinary actions which may include dismissal or expulsion. Further, these policies shall include provisions to safeguard the identity of the complainant outside the confidential proceedings of the college's disciplinary process, unless consent is secured from the complainant to reveal her or his identity. No part of a complainant's sexual history shall be included as a part of any campus proceedings.

> b. Each individual college shall designate one or more employees as "Title IX coordinators" to oversee compliance with Title IX regulations.

> Colleges must have grievance or adjudication procedures providing for (i) prompt and equitable resolution of complaints of sexual harassment, including sexual violence; (ii) cessation of sexual harassment or sexual violence, and prevention of recurrence; and (iii) a remedy for any effects of the sexual harassment or sexual violence on the complainant.

> As an alternative to filing a formal grievance, complaints may also be discussed and/or filed in writing with the Affirmative Action/Equal Employment Opportunity Officer (AA/EEO) of the college or other designated college official.

Complaint Exhibit 3 at 023

College policy must stipulate that no person will be reprimanded or retaliated against in any way for initiating an inquiry or lodging a complaint in good faith regarding sexual harassment or sexual violence. Any conduct constituting such a reprimand or retaliation is itself a violation of policy and equally subject to disciplinary action under such policy.

Colleges must provide periodic training programs for institutional personnel to ensure that legal concepts associated with sexual harassment and sexual violence are understood, that sexual harassment and sexual violence are prevented, that instances of sexual harassment and sexual assault are promptly investigated and remediated, and that support services are available for complainants.

6-22
11/13

Complaint Exhibit 3 at 024



Thomas Nelson™
COMMUNITY COLLEGE
Explore. Excel. Succeed.

# STUDENT HANDBOOK 2013-2014

# 2013-2014
# Student Handbook

This Handbook and its companion publication, the TNCC Catalog, constitute neither a contract, nor an offer to contract. This Handbook is scheduled to be revised every year. In the interim, the College reserves the right, consistent with federal, state, and local legal authority, the requirements of accrediting bodies, and the best professional judgement of its faculty, staff, and administrators, to make changes in the Handbook and Catalog as circumstances warrant. Such changes may be made without notice, and it is the obligation of the student to remain abreast of such changes as released by the college.

## An Equal Opportunity/Affirmative Action Institution

The associate's degree curricula of the College have been approved by the State Council of Higher Education for Virginia. The College is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools to award the associate degree. Questions concerning this accreditation should be addressed to: Commission on Colleges, Southern Association of Colleges and Schools, 1866 Southern Lane, Decatur, GA 30033, 404/679-4500. All other questions about Thomas Nelson Community College should be addressed to the college.

Thomas Nelson Community College has been approved by Veterans' Affairs for VA Educational Assistance and by the U.S. Office of Education for various federal funding programs. The College is affiliated with the American Association of Community Colleges as an institutional member and meets the standards established by the military and by the American Association of Community Colleges for acceptance as a Servicemember's Opportunity College.

TNCC Main Number: (757) 825-2700

www.tncc.edu

Your signature on this page is simply your acknowledgement that you have received and agreed to read this handbook.

Student 's name (printed)_____   Date _____

Student's Signature_____

# Table of Contents

President's Message ....................................................................................1

Local College Board ....................................................................................2

Introduction to Thomas Nelson Community College .......................................3

Mission and Vision Statement ....................................................................4

Code of Ethics, Dress Code & Communication ...............................................5

Academic Calendar .................................................................................... 6

Where to Go for Help ..................................................................................8

TNCC People to Know ..............................................................................11

Admissions Criteria ..................................................................................12

Academic Information ...............................................................................16

Distance Learning & Blackboard ...............................................................28

Financial Information ................................................................................30

Graduation Information .............................................................................34

Policies and Regulations ............................................................................38

 Student Behavior Policy and Procedure ............................................. 47

 Student Code of Conduct ................................................................... 48

 Scholastic Dishonesty ......................................................................... 50

 Student Grievance Procedure .............................................................. 56

 Student Rights & Responsibilities ....................................................... 59

Student Services ........................................................................................62

Student Activities ......................................................................................72

Technology Information .............................................................................74

Campus Locations and Maps ......................................................................78

Index .......................................................................................................80



Dear Student:

Welcome to Thomas Nelson Community College. For nearly 45 years, TNCC has been the community leader in providing quality academic programs and workforce development services. From two campuses in Hampton and Williamsburg, and a satellite location in Newport News, TNCC makes positive contributions to the lives of area citizens and to the Peninsula's economic growth and development.

The College takes pride in providing choices for individuals to use in academic growth, personal development and career planning. Whether you are a high school student, recent graduate, returning student, or degree-holder seeking new skills or advanced training, TNCC's more than 100 associate degree or certificate programs will likely meet your needs.

You will find dedicated faculty members with expertise in their fields to help you have a meaningful educational experience. You will also meet knowledgeable staff committed to providing quality support services in the areas of advising, career counseling and financial aid. Strongly dedicated to student success, our faculty and staff work as a team to help you achieve your goals.

The College has a long-standing history as a successful public, comprehensive, two-year institution of higher education. Welcome and thank you for becoming part of this tradition of excellence. We are excited about enabling you to Explore, Excel and Succeed.

Sincerely,

John T. Dever, PhD.
President

Complaint Exhibit 4 at 029

# TNCC College Board

Ms. Belinda H. Willis
Chair

Mr. Everett H. Jordan, Jr.
Vice Chair

Dr. John T. Dever, President
Secretary to the Board

Ms. LaVonne P. Ellis
State Board for Community Colleges Board Liaison

Ms. Sabrina Elliott
TNCC College Board Assistant Secretary/College Board Liaison

## City of Hampton Members

Mr. Robert Harper
Ms. Cynthia Hudson
Ms. Deborah R. Reese
Ms. Stephanie White

## City of Newport News Members

Ms. Christine C. Gergely
Father Ralph Haines, III
Mr. John W. McMillan
Mr. Augustus L. Owens

## City of Poquoson

Mr. Everett H. Jordan, Jr.

## City of Williamsburg

Mr. Albert O. Louer

## James City County

Ms. Carol Scheid
Mr. Bruce C. Goodson

## York County

Ms. Elizabeth S. Tai
Ms. Belinda H. Willis

## Thomas Nelson Community College President

Dr. John T. Dever

## Virginia Community College System Chancellor

Dr. Glenn DuBois

## THE COLLEGE

Thomas Nelson Community College is a two-year institution of higher education established as a part of a statewide system of community colleges. It primarily serves the residents of the cities of Hampton, Newport News, Poquoson, Williamsburg, and the counties of James City and York. The College operates under policies established by the State Board for Community Colleges and with the guidance of the Thomas Nelson Community College Board. The administration of the College is directly responsible to the Chancellor of the Virginia Community College System. The College is financed primarily by state funds, supplemented by contributions from the participating localities, the federal government, and student tuition and fees.

## ACCREDITATION

Thomas Nelson Community College is one of 23 colleges within the Virginia Community College System. The associates degree curricula of the College have been approved by the State Council of Higher Education for Virginia. The College is accredited by the Commission on Colleges of the Southern Association of Colleges and Schools toward the associate degree. Questions concerning this accreditation should be addressed to: Commission of Colleges, Southern Association of Colleges and Schools, 1866 Southern Lane, Decatur, GA 30033, (404) 679-4500. All other questions about Thomas Nelson Community College should be addressed to the College.

The College has been approved by Veterans' Affairs for VA Educational Assistance and by the U.S. Office of Education for various federal funding programs. Thomas Nelson is affiliated with the American Association of Community Colleges as an institutional member and meets the standards established by the military and by the American Association of Community Colleges for acceptance as a Service-Member's Opportunity College.

## HISTORY

The 1966 session of Virginia's General Assembly in active legislation established a statewide system of comprehensive community colleges. A local committee investigated the need for and feasibility of a community college for the region and requested the State Board for Community Colleges approve an application to establish Thomas Nelson Community College.

A site almost in the population center of the peninsula area was selected and a local board of advisors was appointed.

After the site was purchased by the City of Hampton, construction was begun on the initial phase of four buildings in August 1967, and the cornerstone was laid December 5, 1967. Construction was completed, and 1,232 students began classes on September 20, 1968. Thomas Nelson Community College graduated its first class of students with associates' degrees on June 13, 1970. Since 1970, Thomas Nelson has graduated more than 13,000 individuals and has provided credit and non-credit instruction to many more residents of the peninsula and nearby communities.

To support better the needs of the community it serves, the College provides credit and non-credit training in the Greater Williamsburg area. It opened a permanent site in Williamsburg in 1999 and the site was officially designated the Historic Triangle campus in 2003. Today the College provides both credit and non-credit training at its new permanent facility on Opportunity Way, as well as non-credit and customized training at its new site in the Discovery Center in New Town. In August 2007, the College opened the Southeast Higher Education Center which expanded access to the citizens of the Southeast Newport News community. Through our partnership with An Achievable Dream Middle and High School, the college offers an array of general education courses. The College is committed to meeting the educational and training needs of the local population.

In the 1990's, the College expanded its emphasis on work force development with additional programs to serve the needs of services area employers. In 2001, the College moved from an interim work force center into the Peninsula Workforce Development Center.

Thomas Nelson Community College is named in honor of Thomas Nelson, Jr., who was a signer of the Declaration of Independence and an early colonial governor of the Commonwealth. Thomas Nelson, Jr. was a merchant in early Yorktown and served in the Virginia militia during the Revolutionary War. He was very active in leading a segment of the Virginia militia during the siege of Yorktown and the surrender of Cornwallis. During the siege, the story is that one of Nelson's men approached him with the information that Cornwallis had set up headquarters in the Nelson House. When the soldier asked what should be done, Nelson is said to have responded, "Blow the damn thing down." Today one of the cannon balls is still lodged in the wall. Thomas Nelson, Jr. spent his fortune to aid the revolutionary cause and died a pauper.

Introduction to TNCC

## Mission, Vision, & Value

## MISSION STATEMENT

TNCC changes lives, empowers students to succeed, and enhances the social and economic vitality of the region through high quality education and workforce training, excellent service and innovative partnerships.

## VISION STATEMENT

TNCC will be the preeminent provider of the most technologically prepared and globally conscious individuals in the region.

## PHILOSOPHY

At TNCC learning is fostered, lives are changed, excellence is an attitude, and responsiveness to our students and community is paramount.

## CORE VALUES

1. **Students First** — We are passionate about our students' success and their futures, and are committed to providing outstanding education and training opportunities in a supportive collegiate environment that will equip students to compete in the global workforce.

2. **Educational Excellence** — We value high standards for learning and appreciate our dedicated faculty and staff who create learning environments that stimulate intellectual growth and academic achievement, encourage life-long learning, and help students realize their dreams.

3. **Community Responsiveness** — We affirm our commitment to meeting the education and workforce training needs of our community and to building strong innovative partnerships that support the economic vitality of the region.

4. **Integrity** — We expect everyone to take responsibility for their actions, to engage in ethical behavior and to impart honesty, trust and transparency in all interactions.

5. **Diversity** — We are committed to exploring and understanding our similarities and differences and fostering inclusive working and learning environments that promote respect and appreciation for our diverse cultures, beliefs, lifestyles, and perspectives.

6. **Mutual Respect & Shared Governance** — We value the contributions of everyone, encourage the sharing of ideas, and commit to equitable treatment in all that we do. We acknowledge a shared responsibility for institutional success and improvement, and commit to shared decision making characterized by broad participation, openness and teamwork.

**Mission, Vision, & Value**

## CODE OF ETHICS

Thomas Nelson Community College is committed to supporting a collaborative environment noteworthy for its civility, integrity and mutual respect. The Code of Ethics establishes high standards of professionalism for employees and students.

**Excellence** — We establish high standards in and out of the classroom and strive for excellence in all we do.

**Respect** — We respect every individual and practice civility in our communication and conduct.

**Integrity** — We reflect the principles of honesty, fairness and integrity in our communication and action to create a just and equitable learning and working environment.

**Diversity** — We promote an inclusive working and learning environment with respect for and understanding of our individual differences, diverse cultures and beliefs.

**Responsibility** — We are accountable for our decisions and actions, and we exercise good stewardship of human and material resources.

**Compliance** — We uphold the regulations, codes and statutes of the Commonwealth of Virginia and the policies, procedures and protocols of Virginia's Community Colleges and Thomas Nelson Community College.

**Cooperation** — We are committed to working collaboratively to achieve our goals.

## DRESS CODE

TNCC strongly recommends that students dress appropriately for a collegiate campus while attending TNCC. This includes:

- No visible undergarments (bras, bustieres, panties, boxers, thongs and briefs)
- No sunglasses in the classroom, unless you have a disability accommodation
- No sleepwear or house slippers on campus
- No disruptive attire, which may include obscene, profane or indecent attire

## COLLEGE WIDE COMMUNICATION

Thomas Nelson Community College is committed to establishing an environment of safety, transparency and easy access of information thru communication. This includes:

- VCCS email address
  Your official means of TNCC communication
- Helpdesk (Reset passwords & technical support)
- E2 Campus is a mass notification network that sends instant alerts to email and cell phones. Check with you cell phone carrier for applicable rates before you register.
- Report harmful incidents using an anonymous online tool @ www.tncc.edu

  **T I P S**
  Report Incident

**Mission, Vision, & Value**



Academic Calendar

## FALL SEMESTER 2013

### 16-Week Session

Academic Year Begins ......................................August 16

Classes Begin ...................................................August 21

Last Day to Add or Make Schedule Changes
...................................................*August 26/August 29

Last Day to Drop for Refund
................................................ *August 29/September 6

Census Date............................ *August 30/September 7

Labor Day (College Closed)
................................................August 31 - September 2

Fall Graduation Application Deadline .............October 1

Last Day to Drop Classes with a Grade of "W"
............................................... *September 23/October 29

Advising Week/Priority Registration
...................................... *October 21-24/October 21-27

Registration Begins .........................................October 28

Faculty Day (No Classes)........................... November 27
(College closes at 12 noon)

Thanksgiving Break (College Closed)
...................................November 28 - December 1

Classes End ...............................*October 10/December 9

Exams .......................*October 11-15/December 10-16

Grades Due........................... *October 17 (By 12 Noon)

...............................December 17 (By Close of Business)

Winter Break (College Closed)
.................................................. December 24 -January 1

## SPRING SEMESTER 2014

### 16-Week Session

College Reopens ...............................................January 2

Classes Begin .................................................January 13

Martin Luther King Holiday (College Closed)
..........................................................................January 20

Last Day to Add or Make Schedule Changes
.................................................*January 17/January 17

Last Day to Drop for Refund
....................................................*January 21/January 29

Census Date................................*January 22/January 30

Spring Break (Non-faculty Days/No Classes)
.......................................................................... March 3-9

Spring Graduation Application Deadline .......... March 1

Advising Week/Priority Registration
............................................. *March 24-28/March 24-31

Registration Begins ...............................................April 1

Last Day to Drop Classes with a Grade of "W"
.................................................. *February 12/March 24

Classes End ........................................ *March 12/May 5

Exams ......................................*March 13-15/May 6- 12

Grades Due (By Noon).....................*March 18/May 14

Commencement ..................................................May 15

* = 8 week 1 session

Alternative calendars are available for Distance Learning opportunities and special programs through the Office of the Vice President for Academic Affairs.

Complaint Exhibit 4 at 934

## SUMMER 2014 SESSIONS

### 8-Week Session

Classes Begin .......................................................May 27

Last Day to Add or Make Schedule Changes

.............................................................. May 30

Memorial Day (College Closed) ..........................May 26

Last Day to Drop for Refund (By Noon)...............June 4

Census Date...........................................................June 5

Summer Graduation Application Deadline ...........June 2

Last Day to Drop Classes with a Grade of "W"

.............................................................June 27

Independence Day (College Closed).......................July 4

Classes End ...........................................................July 18

Exams .......................................................... July 21-24

Grades Due (By Noon)..........................................July 28

### 10-Week Session

Classes Begin .......................................................May 19

Memorial Day (College Closed) ..........................May 26

Last Day to Add or Make Schedule Changes.......May 23

Last Day to Drop for Refund (By Noon)..............May 29

Census Date...........................................................May 30

Last Day to Drop Classes with a Grade of "W" .... July 2

Independence Day (College Closed).......................July 4

Classes End ...........................................................July 25

Exams .......................................................... July 26-30

Grades Due (By Noon)..........................................August 1

Where to Go for Help

Academic Computer Lab ......................................... 825-2993

Wythe Hall, Room 255, Hampton Campus

Room 101, Historic Triangle Campus ..................... 258-6503
www.tncc.edu/library/academic-computer-lab

**Academic Planning & Transfer Center** .................. 825-3647

Griffin Hall, Room 201L, Hampton Campus
Room 117, Historic Triangle Campus ..................... 253-4755
www.tncc.edu/sdv

**Add/Drop Information**

Griffin Hall, Room 208, Hampton Campus ............. 825-3689
Room 117, Historic Triangle Campus ..................... 253-4882

**Admissions Office**

Griffin Hall, Room 208, Hampton Campus ............. 825-2800
Room 117, Historic Triangle Campus ..................... 258-4755
www.tncc.edu/apply

**Alumni Association** ............................................... 825-2719

**Bookstore**

Griffin Hall, Room 215, Hampton Campus ............. 825-2864
Room 128, Historic Triangle Campus ..................... 258-6547
www.follett.com

**Business Office Administration**

Diggs Hall, Room 109, Hampton Campus ............... 825-2721
Room 116, Historic Triangle Campus ..................... 258-6522

**Business, Public Services, Information Systems
& Mathematics** ..................................................... 825-2900

Diggs Hall, Room 122, Hampton Campus

**Campus Police**

Diggs Hall, Room 153, Hampton Campus ............... 825-2732
Room 200, Historic Triangle Campus ..................... 253-4758
www.tncc.edu/CampusPolice/

**Cashier/Financial Services**

Diggs Hall, Room 109, Hampton Campus ............... 825-2962
Room 116, Historic Triangle Campus ..................... 258-6522

**Change of Program (Counseling)**

Griffin Hall, Room 201, Hampton Campus ............. 825-2800
Room 117, Historic Triangle Campus ..................... 253-4755

**College Math Center**

Wythe Hall, Room 256, Hampton Campus ............. 825-2884
Room 106E, Historic Triangle Campus ................... 258-6515
www.tncc.edu/library/college-math-center

**College Success Skills (New Student/SDV 100** ...... 825-2827

Hastings Hall, Room 323, Hampton Campus
Room 117, Historic Triangle Campus ..................... 253-4755
www.tncc.edu/sdv

**College Writing Center**

Wythe Hall, Room 256, Hampton Campus ............. 825-2940
Room 106F, Historic Triangle Campus ................... 258-6516
www.tncc.edu/library/college-writing-center

**Communications, Humanities & Social Sciences**
.............................................................................. 825-2799

Templin Hall, Room 857, Hampton Campus

**Cooperative Education & Career Services** ............. 825-3528

Peninsula Workforce Development Center, Room 1014
www.tncc.edu/career_center/index2.htm
www.tncc.edu/workforce/cooped.html

**Counseling (New, Continuing, and Returning Students)**

Room 117, Historic Triangle Campus ..................... 253-4755

**Counseling (New and Non-Curricular Students)**

Griffin Hall, Room 201, Hampton Campus. ........... 825-2800
www.tncc.edu/sdv

**Counseling (Returning, Continuing & Student Support)**
.............................................................................. 825-2827

Hastings Hall, Room 323, Hampton Campus
www.tncc.edu/sdv

**Disabled Student Services**

Hastings Hall, Room 323D, Hampton Campus ...... 825-2833
Room 117, Historic Triangle Campus ..................... 253-4755
www.tncc.edu/sdv

**Distance Learning Courses, Hampton Campus** .... 825-2807
www.tncc.edu/blackboard

**Domicile Determination**

Griffin Hall, Room 208, Hampton Campus ............. 825-2800
Room 117, Historic Triangle Campus ..................... 253-4882
www.tncc.edu/become-a-student/

**Enrollment Services (Admissions, Records & Registration)**

Griffin Hall, Room 208, Hampton Campus ............. 825-3689
Room 117, Historic Triangle Campus ..................... 253-4882
www.tncc.edu/MyTNCC

**Financial Aid Services**

Griffin Hall, Room 209, Hampton Campus ............. 825-2848
Room 117, Historic Triangle Campus ..................... 253-4756
financialaid@tncc.edu
http://tncc.edu/finaid

**Fitness/Wellness Center** ......................................... 825-2925

Hastings Hall Annex, Room 333, Hampton Campus

**Ft. Eustis Outreach Office.** ........................878-2083 ext. 255

Instructional Services
Room 313E, Historic Triangle Campus ................... 253-4880
www.tncc.edu

**Health Professions Division** .................................. 258-6531

Suite 207, Historic Triangle Campus

**Help Desk at TNCC** ............................................. 825-2709

Wythe Hall, Room 249, Hampton Campus
Room 109, Historic Triangle Campus - helpdesk@tncc.edu

Langley Air Force Base Outreach Office ................ 766-1825

**Library & Learning Resource Center**

Wythe Hall, Hampton Campus ............................... 825-2877

Room 100, Historic Triangle Campus ............ 258-6500/6501
www.tncc.edu/library

**Lost and Found**

Diggs Hall, Room 153, Hampton Campus.............. 825-2732
Room 112, Historic Triangle Campus...................... 253-4880
www.tncc.edu/CampusPolice/

**Office of Student Services**

Room 117, Historic Triangle Campus...................... 253-4755
www.tncc.edu/students

**Office of Student Success**

Hastings Hall, Room 323, Hampton Campus ......... 825-2827
www.tncc.edu/students

**Parking & Vehicle Registration**

Diggs Hall, Room 109, Hampton Campus.............. 825-3593
Room 115, Historic Triangle Campus...................... 258-6521
www.tncc.edu

**Photo ID**

Diggs Hall, Room 155, Hampton Campus.............. 825-3593
Room 111, Historic Triangle Campus...................... 258-6521

**Placement Testing**

Wythe Hall, Room 254, Hampton Campus. ........... 825-3540
Room 117, Historic Triangle Campus...................... 258-6538
www.tncc.edu/apply

**Provost, Historic Triangle Campus** ........................ 253-4300

Room 317M, Historic Triangle Campus

**Records & Registration**

Griffin Hall, Room 208, Hampton Campus ............ 825-3689
Room 117, Historic Triangle Campus...................... 253-4755

**Registration Self-Service Center**

Griffin Hall, Room 2211, Hampton Campus........... 825-2800
Room 117, Historic Triangle Campus...................... 253-4755
www.tncc.edu/MyTNCC

**Science, Engineering & Allied Health** ................... 825-2898

Hastings Hall, Room 321, Hampton Campus

**Student Activities**

Griffin Hall, Room 224, Hampton Campus.825-2863
Room 229, Historic Triangle Campus...................... 258-6588
www.tncc.edu/sdv

**Testing Center (Make-up, Distance Learning and Placement)**

Wythe Hall, Room 254, Hampton Campus ............ 825-3540
Room 117, Historic Triangle Campus...................... 258-6538
http://tncc.edu/students/become-a-student/compass-
placement-testing/

**Transcript Evaluation Request**

Griffin Hall, Room 208, Hampton Campus ............ 825-3517
Room 117, Historic Triangle Campus ...................... 253-4882

**TRiO-Student Support Services**

Griffin Hall, Room 222............................................ 825-3596
http://tncc.edu/students/student-resources/trio-student-
support-services-program

**Tuition and Fees**

Diggs Hall, Room 109, Hampton Campus.............. 825-3560
Room 116, Historic Triangle Campus ...................... 258-6515

**Tutorial Learning Center**

Wythe Hall, Room 253, Hampton Campus ............ 825-2804
Room 106D, Historic Triangle Campus................... 258-6515
www.tncc.edu/library/tutorial-center

**Veterans Services**

Griffin Hall, Room 209, Hampton Campus ............ 825-2909
Room 117, Historic Triangle Campus ...................... 253-4756
va@tncc.edu
http://tncc.edu/va/

**Withdrawal from College**

Griffin Hall, Room 208, Hampton Campus. ........... 825-3689
Room 117 , Historic Triangle Campus ...................... 253-4755

**Workforce Development**......................................... 825-3548
www.tncc.edu/workforce/

Where to Go for Help

## Workforce Training and Continuing Education
.................................................................. 825-2937

Hampton III, Suite 725

Historic Triangle Campus, Room 208 .................... 258-6591
www.tncc.edu/wtce

**Contract Courses:**

Mechanical Technology/Machine Technology/Health and
Safety/Electrical Technology/Fundamental of Organizational
Leadership/Business Administration/Industrial Engineering
Technology
.................................................................. 825-2936

**Contract Credit Courses:**

Early Childhood Development................................. 825-1825

**Military Programs:**

Ft. Eustis/Naval Weapons Station/Yorktown
........................................................ 757-878-2083, ext. 255

Langley Air Force Base/Yorktown Coast Guard Training
Center
...................................................................757-766-1825

**Motorcycle Training Program** ............................... 825-2758
www.learn2ride.com

**Commercial Drivers' License Program** ...........888-878-4235
www.4CDL.com

**Professional Certificate Programs:**

Medical Coding & Billing Specialist/Medical Office Assistant/
Pharmacy Technician/Health Information Technology/
Nurse Aide Education/Medication Aide Education/Personal
Fitness Trainer/Clinical Medical Assistant/EKG Technician/
Information Security Professional/Administrative Office
Specialist/A+, Network+, Security+ Certification Training/
CISSP Training/Certified Ethical Hacking Training.

## Business Development and Corporate Training
.................................................................. 865-3122

Facilities ................................................................865-3122

Corporate Training ................................................ 865-3122

Advanced Manufacturing Center
(Welding, CNC Machining, HVAC Technician) ... 865-3122

Apprentice Related Instruction ............................... 865-3122

ACT WorkKeys Solutions Provider
(Career Readiness Certificate) ................................. 865-3122

SEVA Rapid Response ............................................ 865-3453
http:/sevarapidresponse.org

## Workforce Transitions & Career Services

Adult Career Coach ................................................ 865-5783

Career Resource Center ..................................865-5878/5880

Cooperative Education Center & Experiential Education
.................................................................. 825-5882

Experimental Learning Job Placement Center Coordinator
.................................................................. 865-5879

Middle College Program ......................................... 865-5882

Regional Skills Certificate Center ........................... 865-5864

President .................................................................................................. John T. Dever
Provost, Historic Triangle Campus .................................................... William Travis
Vice President for Academic Affairs ................................................. Lonnie Schaffer
Vice President for Administration and Finance.............................Charles Nurnberger
Vice President for Institutional Advancement.................................. Cynthia Callaway
Vice President for Student Affairs ...........................................................Daniel Lufkin
Vice President for Workforce Development.................................... Deborah G. Wright
Associate Vice President for Business Development and Corporate Training..................Tony Farley
Associate Vice President for Financial Services.................................... Teresa Bailey
Associate Vice President for Student Affairs..................................... Vicki Richmond
Associate Vice President for Workforce Training and Continuing Education ......................... Carmen Burrows
Dean of Business, Public Services, Information Systems and Mathematics (Interim) ..............Raymond Muzia
Dean of Communications, Humanities and Social Sciences................... Patrick Tompkins
Dean of Health Professions.................................................................... William Travis
Dean of Science, Engineering and Technology (Interim)................Michael Reynolds
Dean of Student Services (Historic Triangle Campus) .......................Betsy Harrison
Dean of Student Success (Hampton Campus)...................................... Joyce Johnson
Director of Contract Credit & Military Affairs................................Wayne Christian
Director of Corporate Training...........................................................Michelle Manfred
Director of Distance & Distributive Learning ......................................Ruth Smith
Director of Enrollment Management .......................................................... Kris Rarig
Director of Financial Aid, Veterans' Affairs & Scholarships ..................Kathryn Anderson
Director of Human Resources..................................................................Joy Cooke
Director of Information Technology...................................................... Wayne Davis
Director of Institutional Research, and Effectiveness ........................ Steven Felker
Director of Learning Resources............................................................Richard Hodges
Director of Manufacturing Project........................................................ John Calver
Director of Middle College.................................................................. Franz Albertini
Director of Professional & Continuing Education .............................William Barnett
Director of Public Relations and Marketing ....................................... Cecilia Ramirez
Director of Student Support Services-TRiO......................................... Virginia Keithley
Manager of Audio-Visual Services ...................................................Thurman London
Manager of Budget Office ......................................................................... Lisle Wilke
Manager of Business Office - General Accounting................................ Virginia Harderer
Manager of Business Office - Student Accounting................................ Paula Maguire
Manager of Emergency/Campus Safety ..............................................Garth MacDonald
Manager of Enrollment Services ...............................................................Tiffany Ray
Manager of Facilities, Planning & Capital Outlay ..............................Mark Kramer
Manager of Information Technology - Client & Enterprise Services ..................... Alexander Greene
Manager of Information Technology - Network Services.........................Debra Hudgins
Manager of Media Design & Production Services ............................. Michelle Shonk
Coordinator of Academic Planning and Transfer ............................. Tonya Burton
Coordinator of College Success Seminars .............................................Chad Smith
Coordinator of College Success Skills (SDV-100)............................. Marilynn Starkes
Coordinator of Dental Hygiene Program ..........................................Harold Mariouneaux
Coordinator of Disabled Student Services ............................................Richard Hurst
Coordinator of Dual Enrollment ....................................................... Monica Penier
Coordinator of Faculty Advising..........................................................Janina Arrington
Coordinator of Nursing Program............................................................... Vacant
Coordinator of Southeast Center ......................................................Kristin Stancil
Coordinator of Student Activities ....................................................... Kadisia Archer
Chief of Campus Police .................................................................... Kelvin Maxwell

People to know

## NEW STUDENTS

TNCC offers you a rewarding experience! Call us to arrange a campus tour of the Hampton Campus at (757) 825-3528, or of the Historic Triangle Campus at (757) 258-6551 or check us out on the web at www. tncc.edu.

Individuals are eligible for admission to the community college if they are high school graduates or the equivalent, or if they are eighteen years of age of or older and able to benefit academically from study at the community college, as demonstrated by assessment scores.

All students new to the College, and those returning after an absence of three years or more, must fulfill the following requirements:

1. APPLY FOR ADMISSION AND FINANCIAL AID
   www.tncc.edu www.FAFSA.gov
   After completing the online TNCC application, go to the Admissions Office at the Hampton campus or Student Services at the Historic Triangle campus. Bring official copies of college transcripts if you have attended another college.
   Apply early for Financial Aid, and apply every year!

2. TAKE THE VIRGINIA PLACEMENT TEST
   www.tncc.edu/placementtesting
   Students need to obtain an Applicant Information Form from 208 Griffin Hall, Hampton Campus or 117 Historic Triangle Campus before going to the Testing Center. Students who have qualifying SAT or ACT scores may be waived from placement testing. The scores are: SAT Reading: 500, SAT Writing: 500, SAT Math: 520, ACT English: 21, Writing 21, and d Math: 22. Scores must be less than two years old. We recommend taking the placement test over a two day period. Practice for the placement test is available online. Testing is on a walk-in basis; check holiday and summer hours online.
   Do your best; it really matters!

3. COMPLETE GATORTATION AND MEET WITH A COUNSELOR
   www.tncc.edu/orientation
   New students must complete an orientation session called Gatortation and meet with a Counselor or an advisor to aid in the selection of classes and registration. This can be done online or in person. Don't forget to print out the certificate These sessions can save waiting time to see a Counselor and can provide useful information about student programs, course advising and support services.
   Get oriented!

4. ATTEND A REGISTRATION WORKSHOP AND REGISTER FOR CLASSES
   Registration Workshops are offered to show you how to navigate self-service tools in MyTNCC. To sign up go to: www.tncc.edu/RegWorkshop

5. PAY TUITION, OBTAIN STUDENT ID AND PARKING DECAL
   www.tncc.edu/tuition
   For information about tuition payment plans see: www.tncc.edu/facts www.tncc.edu/parking
   Pay on time; don't get dropped!
   All vehicles parked on campus and at all locations where TNCC classes are held must display a current TNCC parking decal. Submit application online and pick up in Diggs Hall, Room 109, Hampton Campus or Room 115, Historic Triangle Campus.
   Pick up your parking decal; you already paid for it!

6. PURCHASE TEXTBOOKS, ATTEND CLASSES, AND HAVE A SUCCESSFUL SEMESTER
   www.tncc.edu/bookstore
   Don't wait in line; order ahead. Bookstore locations are in Griffin Hall, Room 215, Hampton Campus or Room 128, Historic Triangle Campus
   Consider renting your books; it's environmentally friendly and cheaper, too!

## RETURNING STUDENTS

1. Obtain EMPL ID/Student ID/MyTNCC user name.

2. Update your financial aid eligibility by applying for Financial Aid at www.fafsa.gov.

3. Review the courses that you have already taken by logging on to MyTNCC at www.tncc.edu to examine your academic records, the schedule of classes, and the College Catalog. Check the Academic Calendar online at www.tncc.edu.

4. Consult with a faculty member, advisor or a counselor during the scheduled advising weeks to review your program of study, select your courses, and monitor your progress toward degree completion.

5. Register early for the best choices of classes and times at www.tncc.edu. If you need assistance with on-line registration, please go to the Registration Self-Service Center located in Griffin Hall, Room 221, Hampton Campus, or Room 117, Historic Triangle Campus.

6. Pay for your courses. You can pay using cash, credit card, check or financial aid. If you do not pay by the published deadline, your classes are subject to cancellation.

7. Print a copy of your final schedule. Obtain Student ID Card.

8. Purchase textbooks.

9. Attend classes and have a successful semester.

## CURRICULAR/NON-CURRICULAR STUDENTS

All students are classified according to the following categories:

**Curricular Student:** A student who has satisfied all college admission requirements and has been admitted to a curriculum.

**Non-Curricular Student:** A student who is not formally admitted to one of the curricula, but who is classified according to one of the following student goals or conditions:

- updating employment skills for present job
- developing skills for new job
- career exploration
- personal satisfaction and general knowledge
- transient student
- non-degree transfer student
- high school student (with college approval only)
- general or curricular requirements pending (with college approval only)

- restricted enrollment (with college approval only)
- auditing a course.

**Non-curricular students are not eligible for Financial Aid.**

**Freshman:** A student who has fewer than 30 credits completed in the designated curriculum. Sophomore: A student who has 30 or more credits completed in the designated curriculum, including relevant transfer credits.

**Student Status:** Full-time- A student enrolled in courses totaling 12 or more credit hours; Part-Time- A student enrolled in courses totaling fewer than 12 credit hours.

## DUAL ENROLLMENT

Dual enrollment is restricted to high school juniors and seniors and home school students studying at the high school, junior, or senior level. Home school students must also provide a copy of a home school acknowledgement letter from the school district or a letter declaring home school for religious exemption. Documentation of parental permission is required for all dual enrollment students.

Because admitting freshman and sophomores is considered exceptional, the college ready status of each prospective freshman and sophomore student will be treated on a case-by-case basis. Formal approval by the college President is required for admitting freshman or sophomores.

## INTERNATIONAL STUDENTS

It is the policy of the College to admit qualified international students already residing in the service area. International credentials are accepted by the College for transfer credit, but the College does not translate or evaluate foreign documents. In addition, the College is not able to process requests of students applying from abroad or those requiring the College to initiate or maintain an F-1 student visa.

International students should:

- Take the TNCC placement test, or be exempt from some or all testing by documenting college-level

Admissions

Admissions

credit in English and Math. In addition, all new students are required to see a Counselor for assistance in selection and registration of classes, as well as planning for future semesters.

- Submit official copies of their high school transcripts and any other prior college transcripts with the appropriate school seal. GED students should submit official certificates. All documents should be submitted to the Enrollment Services Office.

- Complete the appropriate placement tests prior to registration. The exam assesses students' abilities in Math, English and Reading. The results of the exam will be used to match their abilities with the appropriate course.

## NON-CREDIT COURSES

The Office of Workforce Training and Continuing Education works with community, government and education partners to develop and deliver contract and open enrollment non-credit training programs. Continuing Education Units (CEUs) are a nationally recognized means of recording non-credit study. Many employers and relicensure agencies accept them as evidence of a student's serious commitment to career advancement and the maintenance of professional competence. One CEU is defined as 10 contact hours of participation in an organized continuing education experience, under responsible sponsorship, capable direction, and qualified instruction.

## OUT-OF-STATE STUDENTS

Students whose legal residence is outside of Virginia are considered out-of-state students and charged the appropriate tuition. International students who are not citizens of the United States and do not meet the criteria listed on page 21 (Armed Services School) will be considered out-of-state students.

## RESIDENCY

Students enrolling at TNCC are classified for the purpose of determining tuition and fee rates. Evidence of resident status is provided by each applicant via the application for admission. Questions regarding classification should be directed to the Enrollment Services, Griffin Hall, Room 208, (757) 825-2800, Hampton Campus, or Room 117P, (757) 253-4882, Historic Triangle Campus.

## SENIOR CITIZEN HIGHER EDUCATION ACT

Under the Senior Citizen Higher Education Act of 1974, students at least 60 years of age who have been domiciled in Virginia for one year are eligible to audit credit courses for free. Additionally, if their federally taxable income did not exceed $15,000 for the year preceding enrollment, they may take credit courses without cost. The first registration date for those taking advantage of the Senior Citizens Program is published in the semester calendar in the Schedule of Classes online. Please note that classes fill early and selection is limited. The College complies with the Senior Citizens Higher Education Act of 1974. Authorization for tuition-free credit enrollment under the Senior Citizens Act is granted in the Enrollment Services Office, Room 208, Griffin Hall, or Room 117 at the Historic Triangle Office.

## TRANSFER INFORMATION

Students planning to transfer to four-year colleges or universities are responsible for finding out what is required by the departments of their intended major fields at those schools. The requirements at those schools should guide the students in choosing their courses of study and electives. Curriculum sheets, college catalogs and transfer course equivalency guides can be found on the website of the four-year college/university. A list of Virginia four-year college websites can be found on the TNCC Transfer webpage and brochure. The Academic Planning & Transfer Center will help a student choose a school and provide information on articulation agreements, transferable degrees (A.A. and A.S.), transfer guides from Virginia four-year colleges and universities, and college catalogs.

Thomas Nelson participates in a number of VCCS Guaranteed Admission Agreements with four year institutions. The college also has unique opportunities for co-enrollment with several four-year institutions leading to guaranteed admission. A Transfer Recognition

Compliant Exhibit 4 at 912

Reception is held during the spring semester to recognize students with acceptance letters to four-year colleges  universities. Students should consult with a TNCC academic advisor, counselor or the Academic Planning & Transfer Center located in Room 210L, Hampton Campus and Room 117, Historic Triangle Campus. Students can visit the following websites for more transfer information.

http://tncc.edu/students/student-resources/academic-planning-transfer/

http://www.vccs.edu/Students/TransferList.aspx

https://www.vawizard.org/vccs/TransferGAA.action



**Academics**

# 2012-13 FULL-TIME FACULTY

**Business, Public Services, Information Systems & Mathematics (BPSISM)**
**825-2900**

ACCOUNTING
Hines, K.
Young, G. (HT)

ADMINISTRATION OF JUSTICE
Coffey, D.

ADMINISTRATIVE SUPPORT TECHNOLOGY
Barnard, A.
Putnam, D.

BUSINESS
Jones, B.

EARLY CHILDHOOD EDUCATION
Frazier, T.

ECONOMICS
Vacant
Mooradian, P. (HT)

HUMAN SERVICES
Andrews, A.

INFORMATION SYSTEMS TECHNOLOGY
Aukland, C. (HT)
Cotman, S.
Hahn, N. (HT)
Lupico, C.
Mann, M.

MARKETING
Robertson, S.

MATHEMATICS
Brucal Hallare, M.
Byrd, E..
Duvall, J.
Edradan, A.
Feygelson, R.
Golub, T. (HT)
Indika, S.
Karminska, K.
Maria-Fagundez, S.
Maule, A.
Nestor, D.
Nystrom, T.
Rater, E.
Shimizu, Mariko

Spain, S.
Struble, E. (HT)
Tessier, Paul
Varbalow, J.

**Communications, Humanities & Social Sciences Division (CHSS)**
**825-2799**

ART/FINE ARTS
Wampler, M.

COMPUTER ARTS
Hathaway, J.
Rueckert, D.
Wheeler, C.

EDU 200
Savage, D.

ENGLISH
Barnett, S.
Beasley, B.
Bechet-Benjamin, K.
Blackwell, J.
Dollieslager, R.
Dubbé, M.
Hayden, D.
Hundley, C.
Kerns, M.
Kleinman, D.
Martin, D. (HT)
Pongratz, S.
Pruitt, H.
Ray, J. L.
Rockson, T.
Weiser, M.
Williams, L.

FOREIGN LANGUAGE
Giron-Simmons, A.
Lowery, A.
Kessel, I.
Poosson, S.

HISTORY
Goldberg, R.
Hancock, D.
Horton, J.
Schneider, S.

HUMANITIES, PHILOSOPHY & RELIGION
Allen, B.
Safko, J.

MUSIC
Sundblad, M.

PHOTOGRAPHY
Layton, C.

POLITICAL SCIENCE
Keneally, L.

PSYCHOLOGY
Haugh, L.
Richicks, R.
VanDeventer, A.

SOCIOLOGY
Preble, P.

SPEECH
Calderon, S. (HT)
Eckles, G. (HT)
Fotinos, A.
Thomas, B.

**Health Professions (HP)**
**258-6531**

DENTAL HYGIENE
Vacant (HT)
Marioneaux, H. (HT)
Vacant (HT)

EMERGENCY MEDICAL
Carter, L.

NURSING
Vacant
Biernacki, P. (HT)
Draper, L. (HT)
Howard, M.
Keating, J.
Ruff, H.
Stainback, S.
Wray, C.

PHLEBOTOMY
Jones, L.

■ ■ ■ ■ ■ ■ ■

## 2012-13 FULL-TIME FACULTY

**Science, Engineering
& Technology (SET)
825-2898**

AUTOMOTIVE
Burge, M.

BIOLOGY
Abrahams, S. (HT)
Evans, A.
Hannon, R.
Martin, J.
Reynolds, L.
Spencer, J.
Zahn, K.
Zahn, M. (HT)

CHEMISTRY
Mahfouz, R.
Spryn, L.

COMPUTER SCIENCE
Schaffner, S.

DRAFTING
Woodland, A.
Pringle, T

ELECTRICITY
Frank, J.
Lichniack, D.

ELECTRONICS
Frank, J.
Lichniak, D.

ENGINEERING
Mun, J.
Vacant

GEOLOGY
Berquist, P.
LeMay, L.

HEALTH
Alexander, M.
Burge-Hall, V.
Hawkins, C.

HVAC
Mims, C.

MECHANICAL
ENGINEERING
TECHNOLOGY
Uenking, M.
Young, J.

PHYSICAL EDUCATION
Fluharty, T.
Swirzinski, M.

PHYSICS
Kuchina, E.

## Academic Division Assistant Coordinators

BPSISM ......................................................................................................... Sandra Dashiell

CHSS ................................................................................................................. Ursula Bock

SET ......................................................................................................................Beth Dickens

HP .................................................................................................................................Vacant

Students may be advised by faculty members during the periods of advisement & registration each semester, if they meet the criteria outlined on **page 18**. You may contact faculty at their respective division's office by telephone or consult the website at www.tncc.edu for individual telephone numbers.

Academics

## ACADEMIC ADVISING/ SELF-ADVISING

Academic Advising is a collaborative process between students, counselors, academic advisors and full-time faculty. Academic advising services are designed to guide students in developing an educational plan that is consistent with their academic, career and personal goals.

Formal academic advising begins with an initial advising session for new students in the Counseling Center in Griffin Hall Room 201, Hampton Campus, or The Office of Student Services, Room 117, Historic Triangle Campus. Advising is reinforced in the College Success Skills (SDV 100) course and with the assignment of a full-time faculty member as the student's advisor of record.

Continuing students, who are assigned a full time faculty member as the advisor of record, can schedule an appointment with the faculty member to identify their career goals, review curricula requirements and aid in course selection. After the first semester, the student is assigned a faculty member as their advisor based on the following criteria:

- Completion of Developmental English courses and
- Completion of 15 college-level credits or more and
- Have a 2.0 GPA or greater.

Student advising becomes final when the student completes his/her degree or has accomplished his/her personal goals.

**The student/advisee responsibilities are as follows:**

- Schedule and meet with the assigned faculty advisor during designated advising sessions
- Take responsibility for defining and developing your academic and career decisions
- Review your Student Plan each semester and track your completion for graduation requirements - (Log into MyTNCC, click Student Center and under Academics, click Plan, then click, Plan By Requirements)
- Come prepared to your advising sessions; bring the necessary questions and materials you will need during your session

- Consult with assigned faculty advisor, and/or counselor to make effective academic decisions
- Value the academic advising process as a student
- Familiarize yourself with the college's policies, procedures, and campus resources
- Review the Student Success – Academic Advising website at:
- http://tncc.edu/students/student-resources/academic-advising/
- Check your college Gmail email account regularly, as the college regularly corresponds with students via email

**Self-Advising:** The College recognizes that its students are adults who are responsible for their own academic progress toward graduation, including meeting all placement requirements and prerequisite courses. Additionally, students are responsible for selecting courses that fulfill the specific requirements of their degree and of any articulation agreement into which they have entered with a four-year college or university.

Once the student completes one semester, he/she will automatically be considered self-advising and a "continuing" student. The advantage of the self- advising is that the student does not need an advisor's signature in order to register for classes. However, students needing additional assistance are encouraged to visit the Advising area to see an academic advisor or consult with their assigned faculty member during the advisement period.

## ACADEMIC HONORS

1. Merit List: Students who enroll for fewer than 12 grade point credits during a semester and earn a grade point average (GPA) of 3.2 or above without any "F" or "U" grades will be placed on the Merit List.

2. President's Honor Roll: Students who have accumulated 24 grade point credit hours or more at Thomas Nelson Community College and whose cumulative grade point average is 3.8 or above will be placed on the College President's Honor Roll.

3. Vice President's List: Students who have earned a cumulative grade point average (GPA) of 3.5 or above without any "F" or "U" grades during a semester in

which they completed 12 or more grade point credit hours will be placed on the Vice President's List.

## ACADEMIC LOAD

A full-time load is 12 semester hours, and the normal maximum full-time load is 18 credit hours. A curricular student wishing to carry an academic load of 19 credits (excluding the SDV 100 orientation) or more must have a 3.0 average or higher and the approval of his or her division chair. A non-curricular student must obtain the approval of the Dean of Student Success (Hampton campus) or the Dean of Student Services (Historic Triangle campus). If the student has received academic warning or is on academic probation, he or she may be required to take less than the normal course load. As a rule, one credit hour of course work requires at least three hours of study outside of class each week.

## ACADEMIC REGULATIONS, DEGREES, DIPLOMAS & CERTIFICATE

Thomas Nelson Community College offers the following degrees, diplomas, or certificates for students who successfully complete approved programs at the College:

1. Associate in Arts Degree (A.A.): Awarded to students who major in the liberal arts and who may plan to transfer to four-year colleges or universities after completing their community college programs.

2. Associate in Science Degree (A.S.): Awarded to students who major in specialized curricula such as business administration, engineering, sciences, and other pre-professional programs, and who may plan to transfer to four-year colleges or universities after completing their community college programs.

3. Applied Arts Degree (A.A.A.): Awarded to students majoring in one of the arts-related curricula and planning to obtain full-time employment immediately upon graduation from the community college.

4. Associate in Applied Science Degree (A.A.S.): Awarded to students majoring in one of the occupational-technical curricula and planning to obtain full-time employment immediately point average is less than 2.0. The statement "Academic Warning" will appear on the student's permanent record.

5. Diploma: Awarded to students who complete one of the two-year occupational diploma curricula.

6. Certificate: Awarded to students who complete one of the approved curricula which are usually fewer than two years in length.

7. Career Studies Certificates: Awarded to students who complete one of the approved programs which are less than one year in length and comprise less than 30 credits of academic work.

## ACADEMIC STANDING

The College keeps students informed of their academic standing. An appropriate statement will be placed on their Grade Reports when students are academically deficient and when they have regained acceptable academic standing. The College will assist students to increase their effectiveness in meeting the academic standards of the institution and ultimately to graduate. Students are in good academic standing if they maintain a 2.0 semester grade point, are eligible to re-enroll, and are not on academic warning, probation, suspension or dismissal status.

- **Academic Warning:** Students will be placed on academic warning when their semester grade placed on academic suspension when they have attempted 24 or more credit hours; current status is academic probation; and their semester grade point average is less than 1.5. The statement "Academic Suspension" will appear on the student's permanent record.

- **Academic Probation:** Students will be placed on academic probation when they have attempted twelve or more credit hours and their cumulative grade point average is less than 1.5. The statement "Academic Probation" will appear on the student's permanent record until their cumulative average is 1.75 or better. While on probation, we encourage the student to see a counselor before registering, to ensure academic success. While a grade point average between 1.5 and 1.99 may not result in formal academic probation, the student must earn a minimum of 2.0 in his/her curriculum to receive an associate's degree. Students placed on academic probation are ineligible for appointive or elective office in student organizations unless

Academics

Academics

special permission is granted by the Vice President for Student Affairs or appointed designee.

- **Academic Suspension:** Students will be placed on academic suspension when they have attempted 24 or more credit hours; current status is academic probation; and their semester grade point average is less than 1.5. The statement "Academic Suspension" will appear on the student's permanent record. Academic suspension is usually imposed for a minimum of one semester. Once the student is informed (in writing or orally), he or she can submit an Application for Re-Admission to the Admissions Committee. Applications are available in the Enrollment Services Office on the Hampton and Historic Triangle Campus. The completed Re-Admission application must be submitted to the Office of Enrollment Services. The recommended dates for submission that will ensure timely review by the Admissions Committee are: July 10 – Fall Semester, October 31 – Spring Semester, and March 31 – Summer Semester. In the event the committee is unable to meet or lacks a quorum, the application for readmission may be reviewed and acted upon by the Committee Chair and the Director of Enrollment Management. The student is notified in writing by the Admissions Committee of their enrollment eligibility for the semester requested. The student may be required to enroll in a special SDV 100 course or ENG 109 – Study Skills. Any student who is not satisfied with the enrollment eligibility may request a review by the Associate Vice President for Student Affairs. Following the student's reinstatement after academic suspension, the student must earn a minimum 2.0 grade point average for the semester in which he/she enrolls. The student must maintain a minimum 1.75 grade point average for each subsequent semester. The statement "Subject to Dismissal" shall be placed on the student's permanent record. Students who have been reinstated from academic suspension will remain subject to dismissal until the cumulative grade point average is raised to a minimum of 1.75. However, a minimum cumulative grade point average of 2.0 is required to graduate. Failure to attain a 1.75 GPA in each subsequent semester until the cumulative GPA reaches 1.75 will result in academic dismissal.

- **Academic Dismissal:** Students, readmitted following academic suspension, who do not meet the minimum grade point average requirements as described above will be academically dismissed. The statement "Academic Dismissal" will appear on the student's permanent record. Academic dismissal is usually permanent, unless with good cause, the student has applied and received approval by the Associate Vice President for Student Affairs. Once the student is informed (in writing or orally), he or she can submit an Application for Re-Admission to the Associate Vice President for Student Affairs. Applications are available at the Hampton and Williamsburg campus Admission Offices. The completed Re-Admission application must be submitted to the Office of Enrollment Services. The recommended dates for submission that will ensure timely review by the Associate Vice President for Student Affairs are: July 10 — Fall Semester, October 31 — Spring Semester, and March 31 — Summer Semester. The student is notified in writing, by the Associate Vice President for Student Affairs on his or her enrollment eligibility for the semester requested. The student may be required to enroll in a special SDV 100 course or ENG 109 — Study Skills. Any student who is not satisfied with the enrollment eligibility may request a review by the Vice President of Student Affairs. Students readmitted following academic dismissal must follow the same requirements for continued enrollment as those readmitted following academic suspension.

- **Academic Suspension or Dismissal from other Institutions:** Students who were placed on Academic Dismissal or Academic Suspension at their previous institution and are seeking to attend Thomas Nelson Community College must follow the policy outlined above.

- **Academic Renewal Policy:** Enrolled students who have returned to the College after a separation of five years or more and who have completed 12 or more grade point credit hours with a minimum 2.5 grade point average, may petition for academic renewal. The Academic Renewal Petition form must be submitted to the Enrollment Services Office, Griffin Hall, Room 208. If a student is determined to be eligible for

academic renewal, "D" and "F" grades earned prior to re-enrollment will be deleted from the cumulative and curricular grade point average (GPA), subject to the following conditions:

a) Prior to petitioning for academic renewal, the student must demonstrate a renewed academic interest and effort by earning at least a 2.5 GPA in the first twelve (12) grade point credit hours completed after re-enrollment.

b) All grades received by the College remain a part of the student's official transcript.

c) Students will receive degree credit only for courses in which grades of "C" or better were earned prior to academic renewal, providing that such courses meet current curriculum requirements.

d) Academic renewal may be granted only once.

e) Academic renewal may affect financial aid or leadership eligibility. These issues should be explored before the student petitions for academic renewal.

## ACADEMIC COMPLAINT RESOLUTION

The Academic Complaint Resolution Form allows students to file an official complaint on academic issues and work with the College for a resolution. To obtain a copy of the resolution form, contact the involved academic division.

## ADDING A CLASS

Adding courses to your schedule may be done only through the first week of the semester. Unless properly registered, students may not continue to attend classes beyond the first week. Please consult the online TNCC Schedule of Classes at www.tncc. edu for exact dates.

## ADMINISTRATIVE WITHDRAWAL

Thomas Nelson Community College reserves the right to administratively withdraw those students who are not actively pursuing course objectives as established by their instructor. Students may also be withdrawn for emergency or disciplinary reasons or if they are enrolled in courses not consistent with placement testing and course prerequisites. However, students have the obligation to initiate their own withdrawals from classes. To remain in compliance with Title IV funding regulations, Financial Aid personnel will review the last date of attendance data and may take necessary withdrawal action, on behalf of the student.

## ARMED SERVICES SCHOOL

Academic credits may be awarded for military courses of formalized instruction. Generally, Thomas Nelson Community College may assign lower-level credit as recommended by the American Council of Education in those programs for which Thomas Nelson Community College offers instruction. Students who wish to have any courses evaluated should submit a DD295 (Military Education Record), an AARTS transcript, SMART transcript, CCAF transcript, or DD214, listing the complete name of service schools, course numbers (if applicable), and dates. International credentials are accepted by Thomas Nelson Community College for transfer credit; however, the College does not translate or evaluate foreign documents. Applicants with educational documents from outside the U.S. are referred to Josef Silny & Associates, International Education Consultants, 7101 SW 102 Avenue, Miami, FL 33173 info@jsilny.com or to a professional organization or agency that is a member of the National Association of Credential Evaluators, or is approved by the Virginia Department of Education for a course- by-course evaluation. Forms are available in the Enrollment Services Office, Griffin Hall, Room 208 or Room 117, Historic Triangle Campus.

## ATTENDANCE

Regular attendance is required in all classes. Students who enroll in a course but do not attend a minimum of one class meeting or the distance learning equivalent by the census date or earlier date as defined and published in the academic calendar will be administratively deleted from the course by the college. When absence from a class becomes necessary, it is the responsibility of the student to inform the instructor prior to the absence whenever possible. The student is responsible for the subsequent completion of all study course work missed during an absence. Any instructional material missed and not subsequently obtained will affect the grade of

the student, regardless of the reason for the absence. It is the responsibility of each instructor to explain his or her attendance policy in the course syllabus.

## AUDITING A COURSE

With permission of the appropriate division dean, a student may register for a course on an audit basis without taking the examination or receiving credit. The regular rate is charged. Requests for credit enrollment in a class will be given priority over audit enrollment. Audited courses carry no credit and do not count as part of one's course load. Audited courses are not eligible for financial aid.

Students desiring to change status in a course from audit to credit or from credit to audit must do so by the last day to add or make schedule changes. Please note that auditing a course is considered an "attempt" for purposes of repeating the course.

## COMMUNITIES OF LEARNING

Communities of Learning (COL) at TNCC offer a unique approach to student success by grouping students together into a cluster of courses according to their scheduling needs. COL courses are interrelated and are designed to promote a spirit of community as well as to encourage connections with college faculty and staff. Historically, the first year of college poses the most challenge to students, and many feel very isolated. COL Courses, however, offer faculty, staff, and resources to personally support students, encourage leadership skills, and build confidence as they engage as partners in the learning process. Students enjoy closer relationships with one another and with their professors, who are working together to create the best possible learning experience within the classroom.

"I recommend joining a learning community because during my first semester, I learned a lot, not only about Thomas Nelson Community College, but about myself as an individual. I now know how important education is academically and professionally. This experience has been a great one. Everyone was willing to help one another and do the best job possible to keep each other on task with the class assignments."

— COL Student, Spring 2011

## COURSE CREDITS

Each semester hour of credit given for a course is based on one academic hour (50 minutes) of formalized, structured instructional time in a particular course weekly for fifteen (15) weeks by each student. The credit for each course is indicated after the title in the course description. One credit is equivalent to one collegiate semester hour credit. Each credit given for a course is based on approximately three hours of study in that course weekly by each student. The traditional course may consist of lectures, out-of-class study, laboratory and shop study, or combinations thereof as follows:

1. One hour of lecture plus an average of two hours of out-of-class study.
2. Two hours of laboratory or shop study plus an average of one hour of out-of-class assignments.
3. Three hours of laboratory or shop study with or without out-of-class assignments.

**General usage courses are 1 to 5 credits with variable hours.**

## COURSE NUMBERS

Courses numbered 01-09 are Developmental Studies Courses. The credits earned in these courses are not applicable toward an associates degree and do not transfer to a four-year college. If a grade of "R" has been earned, students may re-register for these courses in subsequent semesters as necessary until the course objectives are completed.

Courses numbered 10-99 are Basic Occupational Courses for diploma and certificate programs. The credits earned in these courses are applicable toward diploma and certificate programs but are not applicable toward an associates degree and do not transfer to a four-year college. Courses numbered 100-199 are Freshman Level Courses applicable toward an associates degree and/or toward diploma and certificate programs. Courses numbered 200-299 are Sophomore Level Courses applicable toward an associates degree and/or toward diploma and certificate programs. Course numbers are attached to the campus location(s) of Hampton (H) and Historic Triangle (W).

# CREDIT FOR PRIOR EXPERIENCES

**Proficiency Examinations** - Proficiency exams are given at TNCC for specific Thomas Nelson Community College courses in several divisions. If a student wishes to receive credit by examination he/she should contact the proper divisional chairperson for information about what is available.

**Advanced Placement** - Credit may be granted to students who have participated in the AP program sponsored by the College Entrance Examination Board at their high school. Credit is awarded based on the test score(s). Credit will not be recorded on a student's transcript until at least six credit hours have been earned at TNCC, and official AP results are submitted to the Enrollment Services Office, Griffin Hall, Room 208, Hampton Campus for evaluation or Room 117, Historic Triangle Campus.

## DISTANCE LEARNING

The college offers a variety of courses for students via the Internet and Shared Distance Learning Courses (SDL courses are taught by Northern Virginia Community College using Blackboard via the Internet). Information about these courses is available at http://tncc.edu/students/classes-curriculum.

## DROPPING A CLASS

Dropping a course means the student has officially left a course ON or BEFORE the last day to drop for a tuition refund published in the online TNCC Academic Calendar at www.tncc.edu. Enrollment in the course will not appear on the student's college record, and no grade will be received for it.

## GRADING SYSTEM

The assessment of the quality of the student's academic performance is solely and properly the professional responsibility of the Thomas Nelson Community College faculty. It is essential for the standards of the academic programs at TNCC and the integrity of the degrees conferred by this college that the professional judgments of faculty members not be subject to pressures or other interference from any source.

The quality of performance in any academic course is reported by a letter grade, the assignment of which is the responsibility of the instructor. These grades denote the character of study and are assigned quality points as follows:

**A = Excellent**
4 grade points per credit

**B = Good**
3 grade points per credit

**C = Average**
2 grade points per credit

**D = Poor**
1 grade point per credit

**F = Failure**
0 grade points per credit

**I = Incomplete**
No credit; used for verifiable unavoidable reasons. Since the "Incomplete" extends enrollment in the course requirements, satisfactory completion will be established through student/faculty consultation. The requirements of the course in which an "I" grade has been assigned must be met outside normal classes. Courses for which the grade of "I" (Incomplete) have been awarded must be completed by the end of the subsequent semester. At that time, another grade must be awarded by the instructor based upon course work which has been completed. An "I" grade can be changed to a "W" grade only under mitigating circumstances which must be approved by the division dean and the Vice President for Academic Affairs or another appropriate academic administrator. A copy of this documentation must be placed in the student's academic file.

**R=Re-Enroll**
The "R" grade may be used as a grade option in those courses which employ a mode of instruction characterized by explicit objectives covering the various content areas in such a way that specific documentation of student progress to total course completion can be made. Examples of this mode are as follows:

**a. Individualized, self-paced instruction,**
**b. Modularized, group-paced instruction.**

**Academics**

Courses in which the methodology will be used must demonstrate their applicability to the established procedures for the "R" grade and will be identified by the division deans and approved by the Vice President for Academic Affairs.

**P = Pass**

No grade point credit; applies only to non-developmental studies courses. Only seven credit hours of "P" grade may be applied toward graduation.

**S = Satisfactory**

No grade point credit. Used only for satisfactory completion of a developmental studies course (numbered 01-09).

**U =Unsatisfactory**

No grade point credit; applies only to developmental studies, non-credit courses and selected credit courses.

**W =Withdrawal**

No credit. A grade of "W" is awarded to students who withdraw or are withdrawn from a course after the add/drop period but prior to the completion of 60% of the session. To ensure that students remain in good standing, they must initiate the withdrawal via the Student Information System (SIS) prior to the completion of 60% of the session. After that time, the student will receive a grade of "F," except under mitigating circumstances that must be documented, and approved by the instructor, division dean, and Vice President for Academic Affairs. A copy of the documentation must be placed in the student's academic file.

**X =Audit**

No grade point credit. Permission of the division dean or another appropriate academic administrator is required for a student to audit a course. Consult the TNCC College Catalog for additional information. The grades of A, B, C, D, P, and S are passing grades. Grades F and U are failing grades. R and I are interim grades. Grades of W and X are final grades carrying no credit. In the selected credit courses, students have the option of receiving a final grade of Pass (P) or Unsatisfactory (U) instead of a traditional letter grade. To determine what restrictions apply, a student is advised to see a counselor or an advisor.

## GRADE REPORTS

Final grade reports are available to the student after the end of each semester at MyTNCC via www.tncc. edu. Final grades are a part of the student's permanent academic record. Errors should be reported to the Enrollment Services Office within six weeks of the end of the semester in which the grade was given.

Normally, a change of grade(s) cannot take place after the semester following the issuance of the grade.

**Calculation of Grade Point Averages**
(Incomplete), or X (Audit).

**The following is an example:**

| COURSE | CREDITS | | GRADE | | TOTAL POINTS |
|--------|---------|---|-------|---|--------------|
| GOL 105 Physical Geology I | | | | | |
| | 4 | x | B (3pts) | = | 12 |
| ENG 111-01 | | | | | |
| | 3 | x | C (2pts) | = | 6 |
| PED 121-96 Raquetball I | | | | | |
| | 1 | x | B (3pts) | = | 3 |
| MTH 163-95 Precalculus | | | | | |
| | 3 | x | A (4pts) | = | 12 |
| Semester Totals | | | | | |
| | 11 | x | | = | 33 |
| Totals from previous terms | | | | | |
| | 20 | x | | = | 60 |
| **Cumulative Totals I** | | | | | |
| | **31** | **x** | | **=** | **93** |

Semester GPA - Divide the total number of points for the semester (33) by the total number of credits attempted (11): 33/11=3.0

Cumulative GPA - Divide the total number of points for all terms (33+60=93) by the total number of credits attempted for all terms (11+20=31): 93/31=3.0.

## GRADE APPEAL PROCEDURE

The evaluation of a student's work and assignment of a grade are the responsibility and the prerogative of the individual instructor. If you think, however, that the final

Compliant Exhibit 4 at 052

grade you received in a course was assigned in a manner inconsistent with the course outline or was assigned using a method other than that used to compare other students' grades in that course, you may resolve the matter through an informal or a formal procedure.

• **Informal Procedure** — Students are encouraged to resolve grade discrepancies with the instructor and/or the appropriate academic dean on an informal basis. If the instructor agrees that an error was made, he or she will submit a Grade Change Form to the appropriate academic dean who will forward it to the Enrollment Services Office for action.

• **Formal Procedure** — If unresolved, see the Final Course-Grade Appeal Procedure on page 40 of this student handbook.

## HONORS PROGRAM

The goal of the Honors Program at Thomas Nelson Community College is to create an educational environment that facilitates learning through a curriculum that broadens perspectives, leads to responsible citizenship, and sets standards that support the highest level of performance.

The Honors Program is available to students who have demonstrated high scholastic achievement, clear educational goals, and high levels of self-direction and motivation. The student accepted into the Honors Program will undertake honors quality work in designated honors classes. A student can also complete the requirements for the Honors Program by fulfilling contracts for course credit which are developed with the instructors of regular courses that are not offered at the honors level.

Under limited circumstances, a qualified student may receive permission to register for an honors section of a course without requesting admission to the Honors Program.

Students interested in pursuing coursework as part of the Honors Program can contact the Honors Coordinator at 825-2929 or email spencerj@tncc.edu.

## INSTITUTIONAL EFFECTIVENESS

In order for the College to measure the effectiveness of academic services to students and the community on a regular basis, a variety of assessment activities are conducted. Since assessment is a mechanism by which improvements can be accomplished, it is in the best interests of everyone involved to provide sincere and meaningful input when called upon to take part in any of these activities. Those selected to take part in assessment activities will be given timely notification so that arrangements can be made to complete the required activity. Some academic programs and indeed, the College, may choose to require students to take part in exit interviews, to complete surveys, to take license examinations, to prepare portfolios, or to complete some other activity to demonstrate the acquisition of program and/or general education competencies. Such activities may be required by VCCS and/or SCHEV guidelines or policies. If the student is called upon to take part in such an activity, it becomes part of the institution's requirement for graduation. Input received from such assessments is confidential and may be used by the College only for the purposes of institutional improvement.

## REGISTRATION AND RECORDS

In order to register for classes, you must have an Application for Admission on file in the Enrollment Services Office, Griffin Hall, Room 208, Hampton Campus, or Room 117, Historic Triangle Campus. Dates, times, and methods for registration are listed in the TNCC Schedule of Classes online and on our Website at www.tncc.edu. Students who have been limited in their enrollment for academic reasons may appeal to the appropriate dean.

## REPEATING A COURSE

A student will be limited to two enrollments in the same credit course. If a student requests to enroll in the same course more than twice, the request must be documented and approved by the Vice President for Academic Affairs.

Academics

The limitation does not apply to the courses in the Curriculum Guide identified as General Usage Courses (e.g., 90, 195, 295). Please note that auditing or withdrawing from a course is considered an "attempt" for purposes of repeating a course. Repeated courses affect the cumulative grade point average (GPA) and affect the completion of a degree in the following way:

Repeated courses - Only the most recent course attempt will be applied to the Program of Study. Please note that grades of "X," "I," and "W" will not count as a first or subsequent attempt for the purpose of GPA calculation, although they do count as attempts toward the two-enrollment limit rule.

## SDV-100 "COLLEGE SUCCESS SKILLS"

All curricular students are required to take SDV-100 during their first semester of attendance at TNCC. The objective of SDV-100 (College Success Skills) is to assist incoming Thomas Nelson Community College students in becoming adequately acquainted with college life. More information on this course may be obtained in the Office of Student Success located in Hastings Hall, Room 323, (757) 825-2827 or Room 117, Historic Triangle Campus.

**College Success Skills" (SDV 100) Waiver**

Applicants to Thomas Nelson Community College who have completed a two-year or a four year academic degree program from a regionally accredited U.S. institution of higher education may request a waiver of the College Success Skills (SDV 100) course. Students requesting a waiver of SDV 100 will be required to fulfill the program requirements by the election of additional credit hours to compensate for the credit waived. Students receiving a waiver for the SDV 100 course assume all responsibility for knowledge of the College's policy on curricular requirements, scholastic dishonesty, and standards of conduct for the student body. The College may substitute other transfer credits earned to satisfy the total credit hour requirement of the degree. Students who have completed SDV 100 at other Virginia Community Colleges will receive, upon request, a copy of the College catalog and the current schedule. Transferring students who determine that they need additional information from the College, may enroll in the SDV 100 course.

## STUDENT RECORDS

The student is responsible for notifying the Office of Enrollment Services, Griffin Hall, Room 208, Hampton Campus, or Room 117, Historic Triangle Campus of any change in name, address, social security number, telephone number, and/or any other information on his/her record. The students must update their address and phone number online at MyTNCC via www.tncc.edu. It is imperative that this information be kept current and accurate. Students enrolling at TNCC are classified for their purpose of determining tuition and fee rates. Evidence of resident status is provided by each applicant via the Application for Admission. Questions regarding classifications should be directed to the Enrollment Services, Griffin Hall 208, (757) 825-3689 or Room 117, Historic Triangle Campus (757) 253-4882.

## TRANSCRIPTS

There is no fee for a TNCC transcript. A signed request for a transcript must be submitted to the Office of Registration and Records, Griffin Hall, Room 208, Hampton Campus, Office of Student Services, Room 117, Historic Triangle Campus, or online at MyTNCC via www.tncc.edu. If the student attended TNCC after 1977, requests to send transcripts to another member of the Virginia Community College System (VCCS) will not be honored. Electronic transcripts available via the VCCS Student Information System will be sufficient for colleges within the VCCS. Transcripts of work completed at other institutions are not released or copied for distribution. Copies must be obtained from the issuing institution.

## TRANSFER OF CREDITS

To request an official transfer credit evaluation, the student must complete and submit a Request for Transfer Evaluation form to, Griffin Hall, Room 208, Hampton Campus, or Office of Student Services, Room 117, Historic Triangle Campus. An official transcript must be on file from each institution previously attended. These should be sent directly from each institution to the Enrollment Services Office.

The evaluation process can take 4-6 weeks to be completed. A student who has received a degree from

any other college accredited by a regional accrediting agency, such as the Southern Association of Colleges and Schools, may receive a second degree from Thomas Nelson Community College upon satisfactory completion of all graduation requirements for the second degree. However, the awards must differ from one another by at least 25% of the credits.

Thomas Nelson Community College accepts credits for courses completed with a grade of "C" or better at other institutions where the courses are equivalent to TNCC courses as determined by TNCC. Courses meeting these criteria that are from institutions which are accredited by a regional accrediting body (such as the Commission on Colleges of the Southern Association of Colleges and Schools) are normally accepted. Courses from all other institutions are considered on a case by case basis. No credit is given with a grade of "D" or "Pass/Fail" transfers. It must be emphasized that the appropriateness of transfer credits to a particular degree program is dependent upon approval and acceptance by the division chair or designee in the student's program.

## WITHDRAWING FROM A CLASS

Students are responsible for withdrawing officially from courses they are no longer attending. Students are encouraged to consult with their instructor, a Counselor, and the Financial Aid Office if they are receiving aid before withdrawing from a course. Students must withdraw by logging on to MyTNCC at www.tncc.edu. Withdrawal after the Tuition Refund date (see the Academic Calendar on pages 6 and 7) will result in a "W" grade on the transcript. Grades of "W" are not used in calculating the GPA or semester hours attempted. Withdrawal from a class after the Withdrawal deadline date (see Academic Calendar on pages 6 and 7) will result in a "F, U, NP" grade which may impact the cumulative GPA. Students must complete the appropriate form and submit it to the Office of Enrollment Services, Hampton Campus, or the Office of Student Services, Room 117, Historic Triangle Campus. Students with medical or other emergency situations should contact the Associate Vice President for Enrollment Services, Griffin Hall, Room 200B, Hampton Campus (757) 825-3519 or Office of Student Services, Room 117, Historic Triangle Campus (757) 253-4755. Students have the obligation to initiate their own withdrawals from classes. To remain in compliance with Title IV funding regulations, Financial Aid personnel will review the last date of attendance data and will adjust the awards accordingly. Students who withdraw and receive Financial Aid may be required to pay money back to the Financial Aid programs.



Academics

■ ■ ■ ■ ■ ■ ■

## DISTANCE LEARNING

Distance Learning courses are a flexible and convenient alternative to courses taught on campus. Instead of working under the constraints of classroom times and locations, students are able to set their own schedule. This format is ideal for students who are able or need to work independently to pursue academic goals outside the traditional classroom setting.

It requires a strong student commitment! Distance Learning courses provide the same quality and content of on-campus courses and have specific qualities that equal or exceed direct classroom instruction.

Distance Learning can help students achieve their educational goals by delivering academically sound courses and educational support services that are flexible, responsive, and innovative. These courses take advantage of a variety of teaching and learning formats. The learning format used depends on the individual course. For more information, visit http://www.tncc.edu/ blackboard.

TNCC offers degrees, diplomas, or certificates in a variety of occupational/technical and university/ college transfer areas. The Distance Learning Program provides students with access to many courses which can further their completion of the course requirements in many of these degrees. Students can visit the Academic Planning Center online at http://www. tncc.edu/students regarding the transfer of specific courses to other colleges.

### Orientation Session

The orientation session for the Distance Learning course gives the student a general introduction to Distance Learning. Some instructors have a specific introduction to their course. For students who are unable to attend this meeting, it is important that they contact the instructor right away to find out what specific information was discussed at this meeting. There is an online orientation at: http://tncc.edu/ blackboard/orientation.htm. Date, time and place for on-campus orientation can be found in the instructor's notes when you register for classes.

There are limited class attendance meetings for Distance Learning courses. Some courses have a few required meetings, while others have some optional meetings. Students need to check the course syllabus to see if the course has any meetings that the student needs to plan to attend. Remember: without the weekly routine of attending classes it will be necessary to be more self-disciplined than usual to finish the work.

### Communication with the Instructor

Be certain to check your instructors' syllabi for their preferred method of contact.

All Distance Learning faculty use VCCS e-mail to communicate with their students. Know your VCCS provided e-mail and know your instructor's e-mail address. To find your student e-mail address visit http://tncc.my.vccs.edu.

## WHAT IS BLACKBOARD?

Blackboard, (abbreviated as "Bb"), is a web based learning management system used for online delivery of course material. Blackboard allows instructors to put their syllabi, lecture notes, PowerPoint presentations, and assignments online for students to access at anytime. The program also includes interactive features such as discussion boards and a virtual chat room. Log on to blackboard at: http://tncc.my.vccs.edu.

■ ■ ■ ■ ■ ■



Complaint Exhibit 4 at 057

29

## FINANCIAL AID

Financial aid is any grant, scholarship, loan, or paid employment offered to students to help them meet education-related expenses. Grants and scholarships are regarded as "gift" assistance and need not be repaid, although they may carry certain provisions to which a student must adhere. Loans and employment (jobs) are referred to as self-help aids and require that the student fulfill an obligation in return (repay the loan or perform a job skill).

Most financial aid programs are based on the philosophy that the primary responsibility of paying college expenses rests with the student and his or her family. Therefore, financial aid resources serve to supplement, rather than replace, the resources of the family.

To qualify for Federal and State financial aid and maintain your eligibility, you must:

- be accepted for admission to the College on a degree-seeking basis in a curriculum at least 16 credits in length
- be enrolled in good standing in at least one credit course and maintain satisfactory academic progress
- be a United States citizen, permanent resident of the United States or its trust territories, or an eligible non-citizen
- not be in default on any student loan (Stafford, PLUS, SLS, or Perkins Loan)
- not owe a refund or overpayment on financial aid received at any institution of higher learning
- have a high school diploma or G.E.D.
- not exceed 1.5 times the number of credits required to graduate from your selected curriculum
- not receive financial aid concurrently from another college/university and Thomas Nelson Community College
- report all scholarships, employer scholarships, and other sources of financial assistance to the Financial Aid Office
- attend classes.

### Financial Aid Awards

Financial aid is awarded on a rolling basis as electronic data is received by the College in response to FAFSA applications filed by students with the federal processor. Awards will be delayed or denied if the students are not enrolled in curricula, do not meet minimum standards of academic progress, fail to provide needed documentation, or owe a financial aid debt. Financial aid awards are posted to MyTNCC and award letters are e-mailed to students. Revised award letters are e-mailed to students when eligibility changes. All awards are contingent on fund availability.

- **Continuing Financial Aid Student Awards**
  Students must apply for financial aid every year in order to receive eligible awards. Early application is encouraged for best results. Late application may result in the students having to pay tuition if their aid award is not posted in time to meet tuition deadlines. Students planning to attend summer term need to complete a summer aid application available late March/early Spring of each year.
- **Maintaining Eligibility**
  Students must attend classes and make satisfactory academic progress to keep their awards. Satisfactory academic progress at TNCC is defined as a successful completion rate of 67 percent or more of all classes attempted. There is a limit to financial aid eligibility. Students may not receive any aid after attempting 150 percent rate of the number of credits required for graduation from their curriculum

### GPA

- Students who have attempted at least 1-15 credit hours must maintain at least a 1.5 cumulative GPA.
- Students who have attempted at least 16-30 credit hours must maintain at least a 1.75 cumulative GPA.
- Students who have attempted at least 31 credit hours must maintain a cumulative GPA of 2.0.

## COURSE WITHDRAWALS

If students receive financial aid and withdraw before the end of the semester or stop attending classes, they may be liable under Title IV funding regulations to pay back a portion of financial aid that was awarded.

Compliant Exhibit 4 at 608

Students are responsible for any portion of institutional charges left outstanding after Title IV funds are returned.

**THE STUDENT WILL BE BLOCKED FROM ALL ENROLLMENT ACTIVITY AT THE COLLEGE UNTIL REPAYMENT HAS BEEN FULFILLED.**

**The Financial Aid Policy on page 42-43 provides complete details.**

## ELIGIBILITY FOR IN-STATE TUITION RATES

The Director of Enrollment Management or designee is responsible for making determinations of eligibility for in-state tuition rates based on information provided by the student on the "Application for Virginia In-State Tuition Rates" included with college application materials. Eligibility is determined in accordance with Section 23-7.4 of the Code of Virginia.

Generally, in order to be eligible for in-state tuition rates, the student or the person on whom the student is dependent, must have been a legal "domiciliary" of Virginia for a period of at least one full year prior to the planned term of enrollment at the College. "Domicile" is a technical legal term, which means more than simple residency in the Commonwealth of Virginia.

A legal domiciliary must demonstrate his or her intention of remaining in Virginia indefinitely. Demonstration of intent is usually accomplished through objective evidence such as a driver's license, automobile registration, voter registration, payment of Virginia state income taxes, ownership of real property, etc.

A student under the age of twenty-four (24) is reputably presumed to be dependent on the parent(s) for domicile purposes, unless the student provides clear and convincing evidence of independence. A student over the age of twenty-four (24) may establish his or her own domicile, independent of the parent(s).

Upon receipt in the Admissions Office, the domicile application will be reviewed by a staff member for a determination. If the applicant has been determined to be a nonresident for tuition purposes, he or she will be notified of the out-of-state classification. If the applicant

disagrees, he or she may request an immediate appeal, in writing, using the Reclassification Request Form. The Associate Vice President for Enrollment Services or his/her designee will respond to the appeal within ten (10) business days.

If the applicant disagrees with the second level decision, he or she may request a final appeal. This request must be made in writing, using the supplemental application form addressed to the Associate Vice President for Student Affairs. The Vice President for Student Affairs will review the case. A written determination will be sent to the applicant within ten (10) business days of the hearing.

Should the applicant disagree with the final determination, he or she then has thirty (30) days to take this matter to the appropriate circuit court. In all cases, domicile determinations and changes are made for subsequent semesters. Domicile reclassification must be requested and determined on or before the first day of classes for the semester of eligibility.

## FACTS

To help students meet educational expenses, Thomas Nelson Community College is pleased to provide FACTS tuition payment plan which is available at all campuses and to all students. FACTS allows the student to pay tuition in monthly payments. The earlier the student enrolls, the more payment options are available. Students may enroll in the FACTS plan or review the available payment plans online at www.factsmgt.com.

## FINANCIAL AID & STUDENT RESPONSIBILITY

Students have the responsibility to apply for aid on time, provide accurate and complete data, attend classes, and make satisfactory academic progress. Students must enroll in a timely manner, declare an eligible curriculum and officially withdraw from classes if they decide not to attend. Students must inform the Financial Aid Office of any outside assistance received, such as scholarships.

Students must be aware that many awards have minimum enrollment requirements and that changing the enrollment level may reduce and/or void an award and cause the student to be responsible for all charges.

Financial Information

Students must promptly repay financial aid overpayments that occur to avoid loss of aid eligibility and collection action. Students must follow TNCC Bookstore procedures for charging books and supplies and may not charge books or supplies for other students on their aid account. Only the student may make charges to his or her account. Refund checks that are sent to students are made payable to the student only. Students are responsible for maintaining accurate addresses on MyTNCC to insure that any refund checks mailed to the student arrive at the proper address. Students who are suspended from the financial aid program must pay for their classes and may regain aid eligibility once their record meets academic progress requirements. Students may appeal a financial aid suspension. Successful appeals will be based upon documented circumstances beyond student control.

Financial aid programs and funds are subject to federal and state regulations. There are penalties for providing false information, fraud and abuse of aid funds.

## FINANCIAL AID DEBT

Students who must prepay a financial aid debt must repay the debt within thirty (30) days of being billed. Students who fail to repay will be subject to collections referral and may lose aid eligibility at TNCC and all other colleges, until the debt is repaid.

## FINANCIAL AID OPTIONS

The Financial Aid Office can provide students with information about financing their education through grants, scholarships, loans, and student employment.

## FINANCIAL - TUITION AND FEES

**Thomas Nelson Community College charges the following fees during 2013.**

**Registration fee per semester**

Virginia Domiciliary ......................$123.50/credit hour
Out-of-State Domicile .................$300.10/credit hour
Institutional Fee ..............$14.40/semester (Fall/Spring)
Institutional Fee .....................................$9.95 Summer
In-State Contract Rate.....................$123.50/credit hour

Out-of-State Contract Rate..............$300.10/credit hour
Capital Outlay Fee...........................$18.00/credit hour
(Out-of-State students only)
Return Check Fee.....................................$35.00-$50.00
VCCS Technology Fee.......................$7.50/credit hour

## LABORATORY FEES

Certain courses require expendable materials that are used. A lab fee is charged to partially cover this extra expense. The specific fees are listed in the online TNCC Class Schedule at www.tncc.edu.

## NON-CREDIT ACTIVITIES, COURSES, AND SEMINARS' FEES

Fees vary depending on the services provided for non-credit offerings. Refer to the online Community Education Class Schedule for specific fees.

## PAST-DUE OBLIGATIONS AND BAD CHECKS

Continued attendance at Thomas Nelson is dependent upon proper settlement of all debts owed the institution. A check not honored by the bank on which it is drawn is considered to be a bad check, regardless of the reason initially provided by the bank. In the event that the bad check results from a bank error, the bank must acknowledge this fact in writing before the student can be relieved of the obligation. A $15 processing fee for tuition and fees and a twenty-five dollar ($25) processing fee (payable by credit card or cash only) for books will be imposed for each bad check. The student will not be permitted to pay by check in the future. Such future payments must be made either by cash, money order, or credit card.

A student who has a financial obligation to the College, for any reason beyond the due date, or who has books or materials outstanding from the Learning Resource Center beyond the due date will be denied all services, including the issuance of transcripts and permission to register. If the student's obligation involves an unpaid bad check for tuition, the student's classes will be cancelled. For all other outstanding obligations, it is established College policy to pursue the collection through the debt

Compliant Exhibit 1 at 060

set-off program involving a student's state tax refund and the use of a collection agency.

If an obligation is sent to a collection agency, the student must pay the collection fee. If the student is in the College Work-Study Program or is a college employee, the student's pay check may be withheld until the obligation is paid or some other arrangement is established to satisfy the obligation.

## PAYING TUITION AND FEES

By registering for a credit course, the student agrees to pay the required tuition and fees for that course.

Registration is complete only when the student has paid for his/her courses. Tuition is charged per semester hour and varies depending upon residency. Tuition rates and fees are subject to change without prior notice.

The student may choose the payment method: cash, credit card, check or financial aid. Payments can be made online or at Diggs Hall Cashier's window, or at Room 116, Historic Triangle. Payment not received by the published deadline may be subject to cancellation.

## PAYMENT OPTIONS

Payment is due in the Cashier's Office by the payment due date (see the Registration Calendar online). If payment is not made at registration a bill will be mailed to the address the student has on file with the Admissions Office. Students will receive a bill within weeks of registering for course(s). Failure to make payment by the deadline may result in the cancellation of classes. It is important to note that failure to receive a bill does NOT affect the payment due date. If the student does not receive a bill, he/she should contact Accounts Receivable at (757) 825-2744.

## REFUND POLICY/BOOKSTORE

TNCC Bookstore will accept course material returns (textbooks) from students for a full refund, provided those materials are in the same condition as officiallypurchased, within seven days from the first day of classes or within two days of the date purchased with a receipt. In addition, upon proof of drop/add, the Bookstore will accept course material returns (textbooks) from students who have dropped a course up to the end of the official campus drop/add period. No exceptions to this policy will be made.

## TUITION REFUNDS

The Academic Calendar and the Schedule of Classes at www.tncc.edu list the last day for refunds for all courses, including dates related to short-term or late-starting classes. The college reserves the right to make the final decision on all refunds. Full refund of tuition and fees is granted if the College cancels a course.

Financial Information

Complaint Exhibit 4 at 061

33

Graduation

## ACADEMIC HONORS

Graduates with a cumulative GPA of 3.2 to 3.5 will graduate Cum Laude (with honors). Those with a cumulative GPA of 3.5 to 3.8 will graduate Magna Cum Laude (with high honors). Those with a cumulative GPA of 3.8 to 4.00 will graduate Summa Cum Laude (with highest honors).

## PRESIDENT'S AWARD AND VICE PRESIDENT'S AWARD

The President's Award and the Vice President's Award, presented at commencement ceremonies each spring, will be based on the following criteria:

1. The President's Award recipient will be the graduating student who
   a. Has attained the highest grade point average (GPA).
   b. Has completed 60 semester credits of course work with the traditional grading system of quality points in his or her curriculum at Thomas Nelson Community College.
   c. Is the recipient of an associates degree for the current year.
   d. Has neither repeated any courses nor has substituted an alternate course resulting in an elevation of the grade point average.
2. In the event of ties, the following criteria will be applied in descending order to break the tie:
   a. Preference will be given to individuals with credits obtained solely at TNCC.
   b. Preference will be given to individuals who have successfully completed honors contract work as verified by the Honors Studies Program Director.
   c. Preference will be given to the individual who has taken the most active role in college activities which can be documented.
3. Should all of the above criteria result in multiple recipients, the President will make the final decision regarding the awards.
4. The Vice President's Award is presented by the Vice President for Academic Affairs to the student who places second in the selection of the recipient of the President's Award.

## GRADUATION CEREMONY

Graduation exercises are held once each year at the end of the spring semester. All students who will complete graduation requirements at the end of the spring semester or summer immediately following, as well as those who completed their requirements the previous summer or fall semesters, are encouraged to participate in graduation. Students who decide to participate in the commencement ceremony are notified about picking up their cap and gown during the spring semester. All students who complete graduation requirements are issued a diploma free of charge. Duplicate copies are issued at a cost of $25.

## GRADUATION REQUIREMENTS

The general procedures for graduation are outlined below. Course requirements and other regulations are explained for each degree and major in the Program section of the College Catalog.

## APPLICATION FOR GRADUATION

Students should apply for graduation according to the dates listed on the TNCC website. Applications are available in the Office of Enrollment Services, Room 208, Hampton Campus, or the Office of Student Services, Room 117, Historic Triangle Campus. The annual graduation ceremony is held in May. Students are strongly encouraged to meet with an academic advisor, degree program head, or division dean, prior to applying for graduation.

## ASSOCIATES DEGREE REQUIREMENTS

To be eligible for graduation with an associates degree from the College, a student must have

1. Met graduation requirements as described in the catalog of record, and have completed all requirements listed in the catalog of record. Substitutions must be approved by the division dean.
2. Been recommended for graduation by the appropriate instructional authority in his or her curriculum.
3. Completed all course and credit-hour requirements

applicable to an associates degree, of which at least 25 percent of credit semester

4. Completed the general education requirements (course work in English, psychology, economics, political science, history, physical education, and student development) for an associates degree. (Veterans may request credit for physical education requirements based upon military training.)

5. Earned a grade point average of at least 2.0 on all work attempted that is applicable toward graduation in his or her particular curriculum.

6. Participated in additional activities of the academic program as required. Some academic programs may choose to require students to take part in exit interviews, to complete surveys, to take license exams, to prepare portfolios, or to complete some program and general education competencies. If the student is called upon to take part in such an activity, it becomes part of the institution's requirement for graduation in that program.

7. Filed an Application for Graduation in the Office Enrollment Services at least one semester before completing all graduation requirements. (Deadlines are published on the TNCC website.)

8. Resolved all financial obligations to the College, and returned all materials, including library books.

## DIPLOMA AND CERTIFICATE REQUIREMENTS

To be awarded a diploma from the College, a student must have

1. Met graduation requirements as described in the catalog of record, and have completed all requirements listed in the catalog of record. Substitutions must be approved by the division dean.

2. Been recommended for graduation by the appropriate instructional authority in his or her curriculum.

3. Fulfilled all course and credit hour requirements of the diploma curriculum as specified in the College Catalog with a minimum of 25 percent of the credits acquired at the College.

4. Completed the general education requirements (course work in English, psychology, economics, political science, history, physical education, and student development) for a diploma. (Veterans may request the College to waive physical education requirements and substitute another two semester hours to satisfy requirements for graduation).

5. Earned a grade point average of at least 2.0 on all work attempted that is applicable toward graduation in his or her particular curriculum.

6. Participated in additional activities of the academic program as required. Some academic programs may choose to require students to take part in exit interviews, to complete surveys, to take license exams, to prepare portfolios, or to complete some other activity to demonstrate the acquisition of program and general education competencies. If the student is called upon to take part in such an activity, it, becomes part of the institution's requirement for graduation in that program.

7. Filed an Application for Graduation in the Office of Enrollment Services at least one semester before completing all graduation requirements. (Deadlines are published on the TNCC website).

8. Resolved all financial obligations to the College, and returned all materials, including library books.

## CAREER STUDIES CERTIFICATE REQUIREMENTS

To be eligible for graduation with a career studies certificate from the College, a student must have

1. Met program requirements as described in the catalog of record, and have completed all requirements listed in the catalog of record.

2. Been recommended to receive the Career Studies Certificate by the appropriate instructional authority.

3. Fulfilled all course and credit hours required of the Career Studies Certificate as specified in the College Catalog of record with a minimum of 25 percent of the credits acquired at the College.